UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FARRAH KULE-RUBIN, LANA RYBAK, SHEILA YEN-
PFISTER, JEANETTE PENALVER, REBECCA
SCHLOSSBERG, TIEU PHAN CHAN, LAI WAN NG,
SHAOLI HU ZHANG, CLAUDETTE JEAN-BAPTISTE,
MOON CHAN and FUN YIM NG,

                    Plaintiffs,

     - against -

BAHARI GROUP LIMITED; REZA BAHARI, in his
individual and official capacities; FATTANEH BAHARI, in
her individual and official capacities; and "JOHN DOES 1
through 5," whose names are not currently known, in their
individual and official capacities,

                    Defendants.
------------------------------------------------------------------- X

Civil Action No.:
11 CIV 2424 (TPG) (JLC)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the Affirmation of David E. Gottlieb and exhibits attached thereto, Plaintiffs hereby respectfully move this Court before the Honorable Thomas P. Griesa at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a time and date to be set by the Court, for an Order, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for partial judgment on the pleadings as to (i) Plaintiffs' claims for failure to pay the statutory minimum wage under state and federal law, (ii) Plaintiffs' state law claims for failure to pay earned wages and (iii) Plaintiffs' claims for personal liability under Business Corporation Law § 630, and for such further relief as the Court may deem just and proper.

Dated: October 11, 2011  
       New York, New York

Respectfully submitted,

THOMPSON WIGDOR LLP

By: _____  
     Douglas H. Wigdor  
     David E. Gottlieb

85 Fifth Avenue  
New York, New York 10003  
Tel. (212) 257-6800  
Fax (212) 257-6845  
dwigdor@thompsonwigdor.com  
dgottlieb@thompsonwigdor.com

*Counsel for Plaintiffs*

**TO:** Marc A. Greenberg, Esq.  
     Law Offices of David M. Watkins  
     285 Closter Dock Road  
     Closter, NJ 07624

     *Counsel for Defendants*