UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
FARRAH KULE-RUBIN, LANA RYBAK, SHEILA YEN-
PFISTER, JEANETTE PENALVER, REBECCA
SCHLOSSBERG, TIEU PHAN CHAN, LAI WAN NG,
SHAOLI HU ZHANG, CLAUDETTE JEAN-BAPTISTE,
MOON CHAN and FUN YIM NG,

                      Civil Action No.:
                      11 CIV 2424 (TPG) (JLC)

        Plaintiffs,

  - against -

                      **NOTICE OF MOTION**

BAHARI GROUP LIMITED; REZA BAHARI, in his
individual and official capacities; FATTANEH BAHARI, in
her individual and official capacities; and "JOHN DOES 1
through 5," whose names are not currently known, in their
individual and official capacities,

        Defendants.
------------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law; Declaration of David E. Gottlieb in Support of Plaintiffs' Inquest for Damages, Attorneys' Fees, Costs and Pre- and Post-Judgment Interest, and Declarations of Farrah Kule-Rubin, Lana Rybak, Sheila Yen-Pfister, Jeanette Penalver, Rebecca Schlossberg, Tieu Phan Chan, Lai Wan Ng, Shaoli Hu Zhang, Claudette Jean-Baptiste, Moon Chan, Fun Yim Ng; Plaintiffs move this Court before the Honorable Judge Thomas P. Griesa, at the United States Courthouse, 500 Pearl St., New York, NY 10007, for an award of damages, attorneys' fees, costs and pre- and post-judgment interest.

Dated: New York, New York
       June 15, 2012

THOMPSON WIGDOR LLP

By: _____
    David E. Gottlieb

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dgottlieb@thompsonwigdor.com

*Counsel for Plaintiffs*