# Exhibit I



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

Bahari Group - Wage Claims

Date:  6/15/2012

Matter:    Bahari Group - Wage Claims
Invoice No:  120615

## *For Professional Services Rendered*

| Date | Staff | Description | Hours | Rate | Charges |
|------|-------|-------------|-------|------|---------|
| 1/21/2011 | DEG | Telephone conference with F. Rubin re claims against Bahari; emails with other potential clients. | 1.00 | $500.00 | $500.00 |
| 1/24/2011 | DEG | Telephone conference with F. Rubin and L. Rybak re claims against Bahari. | 1.50 | $500.00 | $750.00 |
| 1/24/2011 | VED | Organized client documents for claims against Bahari Group for D. Gottlieb. | 1.00 | $175.00 | $175.00 |
| 1/25/2011 | DEG | Telephone conference with numerous clients and email correspondence re claims and damages; draft retainer re same; legal research re individual liability wage claims. | 3.50 | $500.00 | $1,750.00 |
| 1/25/2011 | VED | Organize client documents for D. Gottlieb. | 1.20 | $175.00 | $210.00 |
| 1/26/2011 | DEG | Telephone conference with potential clients; email correspondence with clients re claims against retainer agreements. | 3.00 | $500.00 | $1,500.00 |
| 1/26/2011 | VED | Finalize retainers for D. Gottlieb for claims against Bahari. | 0.60 | $175.00 | $105.00 |
| 1/27/2011 | DEG | Telephone conference with potential clients re claims against Bahari; compilation of data into documents; draft retainer agreements to clients. | 3.00 | $500.00 | $1,500.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 1/28/2011 | DEG | Telephone conference with potential clients re terms of the retainer and details of their claims; revise retainer agreements and send to potential clients. | 1.50 | $500.00 | $750.00 |
|---|---|---|---|---|---|
| 1/28/2011 | VED | Organize and finalize client retainers for D. Gottlieb. | 1.00 | $175.00 | $175.00 |
| 1/31/2011 | DEG | Telephone conference with potential clients, emailing clients, compilation of data re case. | 2.50 | $500.00 | $1,250.00 |
| 1/31/2011 | VED | Organize and finalize retainers and client documents for D. Gottlieb . | 1.30 | $175.00 | $227.50 |
| 2/01/2011 | DEG | Telephone conference with S. Yen re claims of other parties; draft demand letter; legal research re same; emails with clients. | 2.00 | $500.00 | $1,000.00 |
| 2/02/2011 | DEG | Revise demand letter; telephone conference with clients and draft retainers. | 1.50 | $500.00 | $750.00 |
| 2/02/2011 | VED | Draft and finalize S. Zhang retainer. | 0.60 | $175.00 | $105.00 |
| 2/03/2011 | DEG | Telephone conference with F. Rubin; telephone conference with C. Jean-Baptiste; compilation of damages; revisions of demand letter. | 2.00 | $500.00 | $1,000.00 |
| 2/03/2011 | VED | Draft and finalize retainer for C. Jean-Baptiste. | 0.40 | $175.00 | $70.00 |
| 2/04/2011 | DEG | Compilation of employee data into spreadsheet for damages analysis; revise demand letter re same. | 3.00 | $500.00 | $1,500.00 |
| 2/04/2011 | VED | Assist with editing and finalizing demand letter. | 1.40 | $175.00 | $245.00 |
| 2/08/2011 | DEG | Correspondence with clients re demand letter | 1.20 | $500.00 | $600.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| | | and case; revisions to demand letter re same. | | | |
| 2/10/2011 | DEG | Emails with S. Yen; revise damages calculation sheet re C. Jean-Baptiste; office conference with D. Wigdor re S. Yen. | 1.00 | $500.00 | $500.00 |
| 2/10/2011 | DHW | Office conference with D. Gottlieb re S. Yen. | 0.30 | $750.00 | $225.00 |
| 2/11/2011 | VED | Create and organize materials for D. Gottlieb and D. Wigdor's review, review Bahari response to demand letter. | 0.90 | $175.00 | $157.50 |
| 3/04/2011 | DEG | Draft and revise letter to opposing counsel. | 0.30 | $500.00 | $150.00 |
| 3/04/2011 | VED | Fax letter to opposing counsel re response to demand letter. | 0.20 | $175.00 | $35.00 |
| 3/09/2011 | DEG | Office conference with D. Wigdor re status of case and complaint. | 0.10 | $500.00 | $50.00 |
| 3/09/2011 | DEG | Draft complaint. | 2.20 | $500.00 | $1,100.00 |
| 3/10/2011 | DEG | Draft complaint; office conference with V. Duncan re other cases against Bahari. | 1.80 | $500.00 | $900.00 |
| 3/10/2011 | VED | Research re lawsuits for Bahari Group and individual Bahari family members; created chart organizing lawsuits for D. Gottlieb. | 1.60 | $175.00 | $280.00 |
| 3/11/2011 | DEG | Draft complaint. | 0.50 | $500.00 | $250.00 |
| 3/11/2011 | VED | Research, organize and present cases against Bahari Group, Reza Bahari for D. Gottlieb. | 1.30 | $175.00 | $227.50 |
| 3/19/2011 | DEG | Review and revise complaint. | 2.00 | $500.00 | $1,000.00 |
| 3/20/2011 | DEG | Review and revise complaint. | 1.00 | $500.00 | $500.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| 3/21/2011 | DEG | Review and revise complaint; office conference with V. Duncan re saving document as draft; office conference with B. Sitaris re review of complaint. | 2.00 | $500.00 | $1,000.00 |
| 3/21/2011 | VED | Edit draft complaint for D. Gottlieb . | 0.50 | $175.00 | $87.50 |
| 3/22/2011 | DEG | Telephone conference with clients re complaint; email exchanges re same; revisions to complaint. | 1.00 | $500.00 | $500.00 |
| 3/23/2011 | DEG | Revise complaint; telephone conference with L. Rybak re same. | 1.00 | $500.00 | $500.00 |
| 3/28/2011 | DEG | Revisions to Bahari complaint. | 1.00 | $500.00 | $500.00 |
| 3/29/2011 | DEG | Review employee emails; revisions to complaint; legal research re issues raised by complaint; office conference with L. Pearson re same. | 2.00 | $500.00 | $1,000.00 |
| 3/30/2011 | DEG | Revise and draft complaint; legal research re COBRA laws. | 1.50 | $500.00 | $750.00 |
| 4/05/2011 | DEG | Review and revise complaint. | 1.00 | $500.00 | $500.00 |
| 4/06/2011 | DEG | Revisions to Bahari complaint; emails with clients re details for complaint; emails with A. Gross re causes of action and strategy. | 2.00 | $500.00 | $1,000.00 |
| 4/08/2011 | VED | Finalize complaint; draft, edit and finalize summons and civil cover sheet, file summons, complaint and civil cover sheet in SDNY. | 3.00 | $175.00 | $525.00 |
| 4/12/2011 | DEG | Emails and office conference with with E. Cohan and V. Duncan re service of the complaint. | 0.20 | $500.00 | $100.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 4/13/2011 | DEG | Email with S. Yen re adding plaintiffs to the case. | 0.10 | $500.00 | $50.00 |
|---|---|---|---|---|---|
| 4/14/2011 | DEG | Review and exchange emails with clients and potential new clients. | 0.50 | $500.00 | $250.00 |
| 4/15/2011 | DEG | Telephone conferences with F. Ng re potential claims against Bahari. | 0.60 | $500.00 | $300.00 |
| 4/16/2011 | DEG | Emails with M. Chan re joining case. | 0.20 | $500.00 | $100.00 |
| 4/18/2011 | DEG | Telephone conference with M. Chan re claims against Bahari; email exchange with clients re documents; draft retainer for M. Chan; office conference with D. Wigdor re amending the complaint. | 1.60 | $500.00 | $800.00 |
| 4/18/2011 | VED | Draft and finalize retainers for D. Gottlieb. | 0.80 | $175.00 | $140.00 |
| 4/19/2011 | VED | Review F. Ng client documents. | 0.20 | $175.00 | $35.00 |
| 4/19/2011 | VED | Draft and finalize letter to court enclosing original summons and affidavit of service; ECF affidavits of service. | 1.00 | $175.00 | $175.00 |
| 4/20/2011 | DEG | Review email from E. Habeeb re potential new client; office conference with S. Gilly re same. | 0.20 | $500.00 | $100.00 |
| 4/22/2011 | DEG | Office conference with L. Rybak re client documents and case status. | 1.00 | $500.00 | $500.00 |
| 4/22/2011 | JT | Prepare client documents for D. Gottlieb. | 0.70 | $175.00 | $122.50 |
| 4/25/2011 | DEG | Telephone conference with F. Ng re joining case. | 0.20 | $500.00 | $100.00 |
| 4/26/2011 | VED | Review executed retainers and client documents. | 0.40 | $175.00 | $70.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 5/02/2011 | VED | Research filing procedure for default judgment. | 1.00 | $175.00 | $175.00 |
|---|---|---|---|---|---|
| 5/04/2011 | DEG | Draft amended complaint. | 2.20 | $500.00 | $1,100.00 |
| 5/04/2011 | VED | Prepare edit and finalize first amended complaint and summons. | 1.60 | $175.00 | $280.00 |
| 5/05/2011 | DEG | Telephone conference with M. Greenberg re representation of Bahari and time to file answer. | 0.30 | $500.00 | $150.00 |
| 5/05/2011 | VED | File first amended complaint with courthouse; email to case openings to have amended complaint on docket. | 1.70 | $175.00 | $297.50 |
| 5/06/2011 | DEG | Email exchange with M. Greenberg re complaint; telephone conference with H. Lazarus re same. | 0.20 | $500.00 | $100.00 |
| 5/23/2011 | DEG | Emails with clients re status of case; email M. Greenberg re extension to answer; email D. Wigdor re same. | 0.80 | $500.00 | $400.00 |
| 5/24/2011 | DEG | Office conference with D. Wigdor re various issues in Bahari matter. | 0.20 | $500.00 | $100.00 |
| 5/24/2011 | DHW | Office conference with D. Gottlieb re issues. | 0.20 | $750.00 | $150.00 |
| 6/01/2011 | DEG | Review damages calculations for F. Rubin and S. Yen; emails re same; email with clients re answer with counterclaims. | 2.00 | $500.00 | $1,000.00 |
| 6/02/2011 | DEG | Telephone conference and emails with clients and calculations of damages for settlement demand. | 1.50 | $500.00 | $750.00 |
| 6/06/2011 | DEG | Emails with clients re damages; calculate settlement demand and email D. Wigdor re | 3.60 | $500.00 | $1,800.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | same; review answer and counterclaims; start drafting motion to dismiss and legal research re same. |  |  |  |
| 6/07/2011 | DEG | Emails with clients and telephone conference with clients re settlement demand; office conference with D. Wigdor re same. | 1.10 | $500.00 | $550.00 |
| 6/07/2011 | DHW | Office conference with D. Gottlieb re settlement demand. | 0.40 | $750.00 | $300.00 |
| 6/09/2011 | DEG | Telephone conference with M. Greenberg re settlement and claims, review and revise motion to dismiss; legal research re same. | 3.00 | $500.00 | $1,500.00 |
| 6/13/2011 | DEG | Draft and revise motion to dismiss; legal research re same. | 3.20 | $500.00 | $1,600.00 |
| 6/14/2011 | DEG | Review and revise motion to dismiss; legal research re same. | 2.20 | $500.00 | $1,100.00 |
| 6/15/2011 | DEG | Revise complaint for client's review; email to clients re same. | 1.10 | $500.00 | $550.00 |
| 6/19/2011 | DEG | Revise motion to dismiss, declaration and associated documents. | 0.30 | $500.00 | $150.00 |
| 6/19/2011 | PJD | Draft papers re motion to dismiss defendants' counterclaims. | 1.90 | $175.00 | $332.50 |
| 6/20/2011 | PJD | Prepare and file motion to dismiss defendants' counterclaims via ECF. | 2.90 | $175.00 | $507.50 |
| 6/21/2011 | PJD | Prepare and send courtesy copies to court and defendants. | 1.20 | $175.00 | $210.00 |
| 6/22/2011 | PJD | Prepare and send courtesy copies to defendants. | 0.90 | $175.00 | $157.50 |
| 7/11/2011 | DEG | Review opposition papers; office conference | 1.70 | $500.00 | $850.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| | | with M. Gorman re same; emails with clients re same. | | | |
| 7/12/2011 | DEG | Draft reply brief and legal research re same. | 3.50 | $500.00 | $1,750.00 |
| 7/13/2011 | DEG | Draft reply papers on motion to dismiss the complaint; legal research re same. | 3.50 | $500.00 | $1,750.00 |
| 7/14/2011 | DEG | Review and revise reply brief. | 1.00 | $500.00 | $500.00 |
| 7/14/2011 | JWJ | Assist D. Gottlieb in revising counter argument. | 0.70 | $175.00 | $122.50 |
| 7/15/2011 | DEG | Review and revise reply papers on motion to dismiss and email clients re same. | 1.10 | $500.00 | $550.00 |
| 7/18/2011 | DEG | Further review of reply papers; office conference with J. Jung re same; review table of content and cover page; supervise ECF. | 1.80 | $500.00 | $900.00 |
| 7/18/2011 | JWJ | Draft table of content and cover page for further support of complaint; finalize ECF reply. | 0.90 | $175.00 | $157.50 |
| 7/19/2011 | DEG | Draft email to M. Greenberg re settlement. | 0.40 | $500.00 | $200.00 |
| 7/19/2011 | JWJ | Finalize and send courtesy copies of reply. | 0.50 | $175.00 | $87.50 |
| 8/17/2011 | DEG | Telephone conference with court re status of motion to dismiss counterclaims; office conference with M. Gorman re motion for judgment on the pleadings. | 0.50 | $500.00 | $250.00 |
| 8/17/2011 | MDG | Office conferences with D. Gottlieb re potential motion for judgment on the pleadings; legal research re same; review complaint re same. | 3.10 | $300.00 | $930.00 |
| 8/30/2011 | DEG | Email M. Greenberg re answer. | 0.10 | $500.00 | $50.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/02/2011 | DEG | Telephone conference with M. Greenberg re Bahari matter; email re same. | 0.30 | $500.00 | $150.00 |
| 9/07/2011 | MDG | Review answer and complaint re defendants' admissions; legal research re motion for judgment on the pleadings; office conference with S. Datoo re same; office conference with D. Gottlieb re same. | 1.30 | $300.00 | $390.00 |
| 9/13/2011 | MDG | Draft motion for judgment on the pleadings; office conference with D. Gottlieb re same; legal research re same. | 5.50 | $300.00 | $1,650.00 |
| 9/14/2011 | DEG | Emails with clients re status of case. | 0.30 | $500.00 | $150.00 |
| 9/16/2011 | DEG | Review and revise motion for judgment on the pleadings. | 1.50 | $500.00 | $750.00 |
| 9/16/2011 | MDG | Revise motion for judgment on the pleadings. | 0.50 | $300.00 | $150.00 |
| 9/19/2011 | DEG | Draft document requests and interrogatories; office conference with J. Jung re initial disclosures; telephone conference with and email with opposing counsel re 26(f) conference. | 5.00 | $500.00 | $2,500.00 |
| 9/19/2011 | JWJ | Assist D. Gottlieb with drafting of initial disclosures and revision of documents. | 2.00 | $175.00 | $350.00 |
| 9/20/2011 | DEG | Draft initial disclosures. | 1.00 | $500.00 | $500.00 |
| 9/22/2011 | DEG | Finalize initial disclosures; emails with opposing counsel re same. | 0.50 | $500.00 | $250.00 |
| 9/22/2011 | JWJ | Finalize plaintiffs' initial disclosures. | 0.70 | $175.00 | $122.50 |
| 9/23/2011 | DEG | Finalize discovery demands and send to opposing counsel. | 1.20 | $500.00 | $600.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 9/23/2011 | JWJ | Revise and finalize interrogatories and document requests. | 2.00 | $175.00 | $350.00 |
|---|---|---|---|---|---|
| 10/05/2011 | DEG | Review and revise motion for partial judgment on pleadings. | 1.90 | $500.00 | $950.00 |
| 10/05/2011 | JWJ | Draft, revise, and edit relevant paperwork re partial judgment on pleadings. | 3.00 | $175.00 | $525.00 |
| 10/05/2011 | PJD | Assist J. Jung in preparing partial judgment papers. | 0.60 | $175.00 | $105.00 |
| 10/06/2011 | DEG | Emails to clients re motion for judgment on pleadings; review and revise same. | 1.20 | $500.00 | $600.00 |
| 10/06/2011 | JWJ | Draft, revise, and edit relevant paperwork re partial judgment on pleadings. | 2.00 | $175.00 | $350.00 |
| 10/10/2011 | DEG | Review motion and email D. Wigdor re same. | 0.40 | $500.00 | $200.00 |
| 10/11/2011 | DEG | Finalize and supervise ECF of motion for judgment on pleadings. | 1.00 | $500.00 | $500.00 |
| 10/11/2011 | JWJ | File judgment on pleadings to court. | 0.50 | $175.00 | $87.50 |
| 10/12/2011 | JWJ | Send courtesy copies of judgment on pleadings to court. | 0.60 | $175.00 | $105.00 |
| 10/13/2011 | DEG | Finalize motion papers re judgment on the pleadings; supervise filing re same. | 1.00 | $500.00 | $500.00 |
| 10/21/2011 | DEG | Review upcoming dates and prepare for next steps in litigation. | 0.20 | $500.00 | $100.00 |
| 10/25/2011 | DEG | Review correspondence drafted by J. Jung re discovery. | 0.20 | $500.00 | $100.00 |
| 10/27/2011 | DEG | Review and revise correspondence to | 0.20 | $500.00 | $100.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| | | opposing counsel. | | | |
|---|---|---|---|---|---|
| 10/28/2011 | DEG | Emails with D. Wigdor re status of case; office conference with D. Wigdor re strategy on motion. | 0.30 | $500.00 | $150.00 |
| 10/28/2011 | DHW | Emails with D. Gottlieb re status of case office conference with D. Gottlieb re strategy on motion. | 0.30 | $750.00 | $225.00 |
| 11/01/2011 | DEG | Draft letters to court and opposing counsel; emails with clients. | 0.60 | $500.00 | $300.00 |
| 11/14/2011 | DEG | Office conference with D. Wigdor re status of case. | 0.10 | $500.00 | $50.00 |
| 11/14/2011 | DHW | Office conference with D. Gottlieb re status of case. | 0.10 | $750.00 | $75.00 |
| 11/15/2011 | DEG | Review file and emails for retainer agreements of clients; office conference with V. Gentile re same. | 0.40 | $500.00 | $200.00 |
| 11/16/2011 | DEG | Email clients re status of case. | 0.20 | $500.00 | $100.00 |
| 12/27/2011 | PJD | Update working materials for D. Wigdor. | 1.20 | $175.00 | $210.00 |
| 1/03/2012 | DEG | Office conference with D. Wigdor re status of case. | 0.10 | $500.00 | $50.00 |
| 1/03/2012 | DHW | Office conference with D. Gottlieb re status of case. | 0.10 | $750.00 | $75.00 |
| 2/29/2012 | DEG | Office conference with J. Ivy re motion to strike. | 0.50 | $500.00 | $250.00 |
| 2/29/2012 | JJI | Office conference with D. Gottlieb re motion to strike answer and complaint; review documents re same. | 0.90 | $225.00 | $202.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| 3/01/2012 | DEG | Office conference with J. Ivy re motion re discovery sanctions. | 0.20 | $500.00 | $100.00 |
| 3/01/2012 | JJI | Draft motion re discovery sanctions; office conference with D. Gottlieb re same. | 3.70 | $225.00 | $832.50 |
| 3/02/2012 | JJI | Edit and revise letter requesting pre motion conference; legal research re procedure for same. | 2.30 | $225.00 | $517.50 |
| 3/05/2012 | DEG | Review court order; review pre motion conference letter; office conference with J. Ivy re same; emails with clients re order. | 1.00 | $500.00 | $500.00 |
| 3/05/2012 | JJI | Legal research re enforcement and collection of judgment. | 2.30 | $225.00 | $517.50 |
| 3/06/2012 | DEG | Office conference with J. Ivy re issues and emails re same. | 0.30 | $500.00 | $150.00 |
| 3/06/2012 | JJI | Edit and revise letter re pre motion conference; research of procedure re same; legal research re enforcement and collection of a judgment. | 3.10 | $225.00 | $697.50 |
| 3/07/2012 | DEG | Office conference with J. Ivy re revised pre motion conference letter. | 0.30 | $500.00 | $150.00 |
| 3/07/2012 | JJI | Correspondence with opposing counsel re motion for discovery sanctions; edit and revise letter re pre motion conference; office conference with D. Gottlieb re same. | 3.20 | $225.00 | $720.00 |
| 3/08/2012 | JJI | Legal research re enforcement and collection of money judgment. | 2.70 | $225.00 | $607.50 |
| 3/09/2012 | JJI | Draft memorandum of law re enforcement and collection of judgment. | 3.40 | $225.00 | $765.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 3/12/2012 | JJI | Edit and revise letter to judge requesting pre motion conference; legal research re enforcement and collection of a judgment. | 2.60 | $225.00 | $585.00 |
|---|---|---|---|---|---|
| 3/13/2012 | JJI | Continue editing and revising letter to judge requesting pre motion conference; legal research re enforcement and collection of a judgment. | 1.60 | $225.00 | $360.00 |
| 3/15/2012 | JJI | Edit and revise letter to judge re pre motion conference; correspondence with D. Gottlieb re same; review documents to be attached as exhibits to letter. | 2.90 | $225.00 | $652.50 |
| 3/20/2012 | DEG | Review and revise letter application; emails with opposing counsel re same. | 1.20 | $500.00 | $600.00 |
| 3/20/2012 | JJI | Edit and revise letter to judge requesting pre motion conference; legal research re discovery sanctions. | 2.20 | $225.00 | $495.00 |
| 3/20/2012 | LBR | Compile and file memorandum for J. Ivy. | 2.50 | $175.00 | $437.50 |
| 3/21/2012 | DEG | Letter request for pre-motion conference to strike and legal research re same. | 2.00 | $500.00 | $1,000.00 |
| 3/22/2012 | DEG | Telephone conference with court re conference; email and letter to M. Greenberg re same; emails to clients re same. | 0.70 | $500.00 | $350.00 |
| 3/22/2012 | PJD | Send letter to M. Greenberg re discovery conference. | 0.20 | $175.00 | $35.00 |
| 4/02/2012 | JJI | Office conference with D. Gottlieb re deficiency letter; review discovery requests and responses; legal research re deficiency of discovery responses. | 6.20 | $225.00 | $1,395.00 |
| 4/03/2012 | JJI | Draft deficiency letter to opposing counsel re deficiency of discovery production; legal | 6.40 | $225.00 | $1,440.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | research re same. |  |  |  |
| 4/04/2012 | JJI | Edit and revise letter to opposing counsel re deficiency of discovery production; legal research re pending or closed bankruptcy proceedings of defendants; draft subpoena to bank requesting employment records. | 8.30 | $225.00 | $1,867.50 |
| 4/04/2012 | PJD | Prepare working materials for D. Gottlieb. | 1.40 | $175.00 | $245.00 |
| 4/05/2012 | DEG | Revise deficiency letter to defendants; review documents re same. | 0.50 | $500.00 | $250.00 |
| 4/05/2012 | PJD | Finalize and send letter to M. Greenberg re discovery. | 0.70 | $175.00 | $122.50 |
| 4/09/2012 | DEG | Conference re motion for sanctions; preparation for same; emails with clients re same. | 2.00 | $500.00 | $1,000.00 |
| 4/09/2012 | JJI | Attend court conference with opposing counsel and judge re discovery issues. | 2.00 | $225.00 | $450.00 |
| 4/10/2012 | JJI | Edit and revise subpoena to IDB Bank. | 1.00 | $225.00 | $225.00 |
| 4/18/2012 | JJI | Edit and revise subpoena to IDB Bank. | 0.80 | $225.00 | $180.00 |
| 4/24/2012 | DEG | Review and revise subpoena to IDB Bank. | 1.20 | $500.00 | $600.00 |
| 4/24/2012 | JJI | Edit and revise subpoena to IDB Bank; legal research re amount of time required for response to subpoena. | 1.20 | $225.00 | $270.00 |
| 4/24/2012 | PJD | Prepare notice of subpoena and subpoena on IDB Bank; serve notice of subpoena on M. Greenberg. | 0.90 | $175.00 | $157.50 |
| 4/25/2012 | DEG | Emails with clients re status of case. | 0.20 | $500.00 | $100.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/01/2012 | DEG | Review, revise and draft application to court; telephone conference with court re scheduling inquest; emails with clients. | 2.20 | $500.00 | $1,100.00 |
| 5/03/2012 | DEG | Office conference with J. Ivy re inquest hearing. | 0.30 | $500.00 | $150.00 |
| 5/03/2012 | JJI | Preparation of documents for clients re upcoming inquest hearing; office conference with D. Gottlieb re same. | 3.30 | $225.00 | $742.50 |
| 5/08/2012 | JJI | Preparation of outline for clients re upcoming inquest hearing. | 2.70 | $225.00 | $607.50 |
| 5/09/2012 | JJI | Preparation of outline for clients re upcoming inquest hearing; review documents re same. | 8.70 | $225.00 | $1,957.50 |
| 5/10/2012 | JJI | Continue preparation of outline for clients re upcoming inquest hearing; review documents re same. | 4.10 | $225.00 | $922.50 |
| 5/11/2012 | JJI | Continue preparation of outline for clients re upcoming inquest hearing; review documents re same. | 8.60 | $225.00 | $1,935.00 |
| 5/14/2012 | DEG | Office conference with J. Ivy re letters to clients requesting documents. | 0.10 | $500.00 | $50.00 |
| 5/14/2012 | JJI | Review documents received from plaintiffs; draft letter to F. Rubin, L. Rybak, S. Yen-Pfister, J. Penalver, R. Schlossberg, T. Chan, L. Ng, S. Zhang, C. Jean-Baptiste, M. Chan and F. Ng requesting documents; office conference with D. Gottlieb re same; telephone conference with J. Penalver re same. | 7.10 | $225.00 | $1,597.50 |
| 5/14/2012 | PJD | Prepare working materials for J. Ivy's review; finalize and send letter to all clients re inquest. | 3.60 | $175.00 | $630.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 5/15/2012 | DEG | Emails with clients; office conference with J. Ivy re various tasks; emails with opposing counsel re settlement and inquest. | 2.00 | $500.00 | $1,000.00 |
| 5/15/2012 | JJI | Correspondence with clients re document request and scheduling preparation session for upcoming inquest hearing; telephone conference with D. Baptiste and C. Jean-Baptiste; telephone conference with T. Chan; telephone conference with L. Ng. | 3.40 | $225.00 | $765.00 |
| 5/16/2012 | DEG | Office conference with J. Ivy re Bahari preparation for inquest. | 0.30 | $500.00 | $150.00 |
| 5/16/2012 | JJI | Review documents received from clients; correspondence with clients re upcoming inquest hearing and scheduling preparation session. | 2.10 | $225.00 | $472.50 |
| 5/17/2012 | JJI | Correspondence with plaintiffs re scheduling a preparation session for upcoming inquest hearing on damages. | 2.40 | $225.00 | $540.00 |
| 5/18/2012 | JJI | Legal research re Cantonese interpreters for use during inquest hearing; telephone conference with S. Chan; correspondence with clients re preparation sessions for upcoming inquest hearing. | 8.60 | $225.00 | $1,935.00 |
| 5/21/2012 | JJI | Correspondence with clients re scheduling preparation session for upcoming inquest; telephone conference with C. Baptiste re same. | 2.60 | $225.00 | $585.00 |
| 5/22/2012 | JJI | Correspondence with clients re document requests and upcoming inquest hearing; telephone conferences with M. Chan and F. Ng re availability for upcoming prep session. | 3.80 | $225.00 | $855.00 |
| 5/23/2012 | JJI | Legal research re procedure for obtaining interpreters in federal court; email correspondence and telephone conference | 4.10 | $225.00 | $922.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| | | | | | |
|---|---|---|---|---|---|
| | | with Cantonese interpreters re availability for inquest hearing; correspondence with clients re same. | | | |
| 5/24/2012 | JJI | Correspondence with clients re upcoming hearing and cost of translators; review documents sent in by plaintiffs re wages owed. | 6.10 | $225.00 | $1,372.50 |
| 5/25/2012 | DEG | Emails re settlement with opposing counsel, J. Ivy and M. Greenberg. | 1.10 | $500.00 | $550.00 |
| 5/25/2012 | JJI | Correspondence to clients re settlement possibility with opposing counsel and scheduling for upcoming preparation session for inquest hearing. | 2.30 | $225.00 | $517.50 |
| 5/29/2012 | DEG | Telephone conference with court re inquest; emails with M. Greenberg re same; review preparation materials. | 1.20 | $500.00 | $600.00 |
| 5/29/2012 | JJI | Email correspondence and telephone conference with all clients re documents needed for inquest on damages and confirming all scheduled preparation sessions; review documents received by clients re same. | 4.40 | $225.00 | $990.00 |
| 5/30/2012 | DEG | Preparation for client meetings; office conference with J. Ivy re same; office conference with K. Thompson re inquest by submissions; draft application for same. | 3.50 | $500.00 | $1,750.00 |
| 5/30/2012 | JJI | Office conference with D. Gottlieb re inquest preparation sessions; review documents received from clients; edit and revise outline for inquest preparation session. | 7.20 | $225.00 | $1,620.00 |
| 5/30/2012 | LBR | Create working materials for inquest. | 3.00 | $175.00 | $525.00 |
| 5/30/2012 | PJD | Prepare materials in preparation for inquest meetings with clients. | 2.40 | $175.00 | $420.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 5/31/2012 | DEG | Office conference with F. Kule-Rubin re inquest; office conference with C. Baptiste re inquest; office conference with S. Yen and four other clients re inquest; preparation re same; office conference with J. Ivy re same; finalize letter application to court telephone conference with M. Greenberg re same. | 5.50 | $500.00 | $2,750.00 |
| 5/31/2012 | JJI | Office conference with F. Rubin, C. Baptiste, S. Pfister, T. Chan, L. Ng and S. Zhang re upcoming inquest on damages. | 7.10 | $225.00 | $1,597.50 |
| 5/31/2012 | LBR | Create working materials for J. Ivy | 1.00 | $175.00 | $175.00 |
| 6/01/2012 | DEG | Office conference with R. Schlossberg re preparation for inquest; review email to clients; preparation for same and inquest. | 2.50 | $500.00 | $1,250.00 |
| 6/01/2012 | JJI | Office conference with D. Gottlieb and R. Schlossberg re prep for inquest hearing on damages; telephone conference with J. Penalver re same; preparation of outlines re same. | 4.20 | $225.00 | $945.00 |
| 6/04/2012 | DEG | Office conferences with J. Ivy re communications with clients and preparation of client affidavits and inquest papers; review and revise affidavits re same. | 1.50 | $500.00 | $750.00 |
| 6/04/2012 | JJI | Legal research re liquidated damages, per diem expenses as wages, vacation time as wages, liquidated damages for unlawful deductions, commissions earned and failure to keep employment records; prepare outline for L. Rybak; review granted request for inquest on submission; telephone conference with L. Rybak and M. Chan re inquest on submission. | 6.30 | $225.00 | $1,417.50 |
| 6/05/2012 | JJI | Office conference with D. Gottlieb re documents received from clients and preparation of documents for inquest; review | 7.30 | $225.00 | $1,642.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | documents received from clients; draft affidavits for clients; email correspondence with clients re status of inquest; telephone conference with C. Baptiste re same. |  |  |  |
| 6/05/2012 | PJD | Prepare related fee applications for J. Ivy's review. | 1.80 | $175.00 | $315.00 |
| 6/06/2012 | DEG | Review documents drafted by J. Ivy re inquest; office conference with J. Ivy re same. | 1.50 | $500.00 | $750.00 |
| 6/06/2012 | JJI | Draft memorandum of law in support of inquest, declaration of each client and declaration of D. Wigdor; legal research re liquidated damages and documents needed for inquest on submission. | 9.30 | $225.00 | $2,092.50 |
| 6/07/2012 | DEG | Review documents with J. Ivy; office conference with J. Ivy re inquest. | 0.50 | $500.00 | $250.00 |
| 6/07/2012 | JJI | Draft memorandum of law in support of inquest, notice of motion, declaration of D. Wigdor; office conference with D. Gottlieb re same. | 9.50 | $225.00 | $2,137.50 |
| 6/08/2012 | JJI | Draft memorandum of law in support of inquest, declarations of all clients, declaration of D. Wigdor, declaration of D. Gottlieb; preparation of documents with exhibits attached. | 9.80 | $225.00 | $2,205.00 |
| 6/08/2012 | PJD | Prepare and organize exhibits for declarations in support inquest application. | 3.90 | $175.00 | $682.50 |
| 6/09/2012 | DEG | Review inquest submission and communicate with J. Ivy re same. | 2.00 | $500.00 | $1,000.00 |
| 6/11/2012 | DEG | Review and revise inquest documents; office conference with J. Ivy re same. | 2.50 | $500.00 | $1,250.00 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 6/11/2012 | JJI | Edit and revise memorandum of law in support of inquest and declarations of all clients; office conference with D. Gottlieb re same; legal research re liquidated damages. | 10.20 | $225.00 | $2,295.00 |
|---|---|---|---|---|---|
| 6/12/2012 | DEG | Office conference with J. Ivy re deficiency letter; review and revise declarations and memorandum of law; office conferences with J. Ivy re same; email with clients re same. | 3.20 | $500.00 | $1,600.00 |
| 6/12/2012 | JJI | Edit and revise memorandum of law in support of inquest and declarations of all clients; legal research re attorneys fees and paralegals. | 9.30 | $225.00 | $2,092.50 |
| 6/12/2012 | PJD | Revise and prepare exhibits for declarations in support of inquest. | 1.60 | $175.00 | $280.00 |
| 6/13/2012 | DEG | Review and revise memorandum of law, declarations and exhibits re inquest submission. | 2.50 | $500.00 | $1,250.00 |
| 6/13/2012 | JJI | Prepare and revise memorandum of law in support of inquest, declaration of D. Wigdor, declaration of D. Gottlieb, and declarations of clients for final review; office conference with D. Gottlieb re same; draft proposed order. | 7.40 | $225.00 | $1,665.00 |
| 6/13/2012 | LBR | Compile declarations for Inquest for J. Ivy; edit memorandum of law for D. Gottlieb. | 2.00 | $175.00 | $350.00 |
| 6/13/2012 | PJD | Review citations in memorandum of law in support of inquest. | 1.10 | $175.00 | $192.50 |
| 6/14/2012 | DEG | Review and revise inquest documents; office conference with V. Gentile and G. Figueroa re fee application. | 2.50 | $500.00 | $1,250.00 |
| 6/14/2012 | HH | Prepare table of authorities for memorandum of law re inquest. | 1.70 | $175.00 | $297.50 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

| 6/14/2012 | JJI | Correspondence with clients re declarations for inquest; telephone conference with C. Baptiste re same; edit and revise declarations of F. Rubin and S. Pfister; edit and revise memorandum of law in support of inquest. | 2.30 | $225.00 | $517.50 |
| 6/15/2012 | DEG | Final review of inquest submission for filing. | 1.50 | $500.00 | $750.00 |
| 6/15/2012 | HH | Finalize inquest submission and filing. | 2.00 | $175.00 | $350.00 |
| | | | | Total Fees | $141,860.00 |

### Staff Summary

| Name | Position | Hours | Rate | Fees |
| --- | --- | --- | --- | --- |
| David E Gottlieb | Associate | 150.10 | $500.00 | $75,050.00 |
| Douglas H Wigdor | Partner | 1.40 | $750.00 | $1,050.00 |
| Harry Hartfield | Paralegal | 3.70 | $175.00 | $647.50 |
| Jamarri J Ivy | Associate | 221.00 | $225.00 | $49,725.00 |
| James Tai | Paralegal | 0.70 | $175.00 | $122.50 |
| Jay W Jung | Paralegal | 12.90 | $175.00 | $2,257.50 |
| Lucas B Rappoport | Paralegal | 8.50 | $175.00 | $1,487.50 |
| Matthew D Gorman | Associate | 10.40 | $300.00 | $3,120.00 |
| Patrick J Durkin | Paralegal | 26.30 | $175.00 | $4,602.50 |
| Vantiel E Duncan | Paralegal | 21.70 | $175.00 | $3,797.50 |