# Exhibit I



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

Bahari Group - Wage Claims

Date: 6/15/2012

Matter:    Bahari Group - Wage Claims
Invoice No:  120615

## *Expenses*

| Description | Charges |
|---|---|
| COPIES - January 2011 | $0.20 |
| POSTAGE EXPENSE - February 2011 | $2.64 |
| COPIES - February 2011 | $19.20 |
| OVERNIGHT DELIVERY - 02/08/11 - (3) | $40.83 |
| COPIES - March 2011 | $45.40 |
| WESTLAW/LEGAL RESEARCH - March 2011 | $44.94 |
| PACER  - Jan. - March  2011 | $0.96 |
| WESTLAW/LEGAL RESEARCH - April 2011 | $11.48 |
| COPIES - April 2011 | $56.00 |
| FILING FEE - Complaint - 04/08/11 | $350.00 |
| PROCESS SERVER - Served on F. Bahari - 04/12/11 | $156.56 |
| PROCESS SERVER - Served on Bahari Group - 04/13/11 | $236.75 |
| PROCESS SERVER - Served on R. Bahari - 04/13/11 | $101.56 |
| OVERNIGHT DELIVERY - 04/19/11 | $9.10 |
| COPIES - May 2011 | $35.40 |
| PACER  - April - June 2011 | $3.36 |
| WESTLAW/LEGAL RESEARCH - May 2011 | $28.28 |
| POSTAGE EXPENSE - June 2011 | $2.75 |
| WESTLAW/LEGAL RESEARCH - June 2011 | $88.08 |
| MEAL EXPENSE - 06/19/11 - PJD | $8.87 |
| MESSENGER SERVICE - 06/21/11 | $14.25 |
| POSTAGE EXPENSE - July 2011 | $1.22 |
| WESTLAW/LEGAL RESEARCH - July 2011 | $95.00 |
| COPIES - July 2011 | $20.80 |
| COPIES - August 2011 | $8.20 |
| COPIES - September 2011 | $50.20 |
| WESTLAW/LEGAL RESEARCH - September 2011 | $37.13 |
| POSTAGE EXPENSE - September 2011 | $2.78 |
| PACER  - July - Sept. 2011 | $3.36 |
| COPIES - October 2011 | $73.00 |
| WESTLAW/LEGAL RESEARCH - October 2011 | $3.29 |

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

Page No.:    2

| | |
|---|---:|
| POSTAGE EXPENSE - October 2011 | $2.58 |
| MESSENGER SERVICE - 10/12/11 | $10.95 |
| POSTAGE EXPENSE - November 2011 | $6.16 |
| COPIES - November 2011 | $14.60 |
| COPIES - December 2011 | $10.40 |
| PACER  - Oct. - Dec. 2011 | $7.60 |
| COPIES - February 2012 | $2.40 |
| WESTLAW/LEGAL RESEARCH - March 2012 | $58.97 |
| COPIES - March 2012 | $58.80 |
| PACER  - Jan. - March 2012 | $1.04 |
| POSTAGE EXPENSE - April 2012 | $1.75 |
| PACER  - April - June 2012 | $8.10 |
| COPIES - April 2012 | $54.20 |
| WESTLAW/LEGAL RESEARCH - April 2012 | $18.58 |
| MEAL EXPENSE - 04/09/12 - DEG | $4.00 |
| OVERNIGHT DELIVERY - 04/25/12 | $12.79 |
| WESTLAW/LEGAL RESEARCH - May 2012 | $68.74 |
| COPIES - May 2012 | $249.20 |
| COPIES - June 2012 | $263.20 |
| MEAL EXPENSE - 05/31/12 - DEG | $10.83 |
| MESSENGER SERVICE - 05/31/12 | $10.95 |
| MEAL EXPENSE - 06/13/12 - LBR, PJD | $30.00 |

|  |  |
|---|---:|
| Total New Charges | $2,457.43 |

equitrac

**Consolidated Account Summary**                                          **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-1-1'  To: '2011-1-31')**

| Starting Date: | **1/31/2011** | Ending Date: | **1/31/2011** | Number of Days: | **1** |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for  Matter: 11077:Bahari Group - Wage Claims | 1 | 1 | $0.20 |
| **Totals for  Location: NYC** | **1** | **1** | **$0.20** |
| **Report Totals:** | **1** | **1** | **$0.20** |

Feb. 2011

| Client | Amount |
|--------|--------|
| Bahari Group | $ 2.64 |

ENTERED

# equitrac

**Consolidated Account Summary**                    **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-2-1'  To: '2011-2-28')**

| Starting Date: | **2/2/2011** | Ending Date: | **2/11/2011** | Number of Days: | **10** |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: :** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 1 | 2 | $0.40 |
| **Totals for Location:** | **1** | **2** | **$0.40** |
| **Location: NYC:New York, New York** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 39 | 94 | $18.80 |
| **Totals for Location: NYC** | **39** | **94** | **$18.80** |
| **Report Totals:** | **40** | **96** | **$19.20** |

Copyright© 2012, Equitrac Corporation                    Page        **1**

**FedEx** ®

Dropped off: Feb 08, 2011          Cust. Ref.: 11077 ved          Ref.#2:
Payer: Shipper                                           Ref.#3:

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $805.88
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- A delete request via an automated device was received for this shipment. It is being billed because operational scans indicate package movement.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 796742083394 | Virginia Gentile | Bahari Group Limited |
| Service Type | FedEx Standard Overnight | Thompson Wigdor & Gilly LLP | 1400 BROADWAY FL 17 |
| Package Type | FedEx Envelope | 85 Fifth Avenue | NEW YORK NY 10018  US |
| Zone | 02 | NEW YORK NY 10003  US | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 15.60 |

1 of 3

Continued on next page

1050-02-00-0001724-0004-0014243

# FedEx ®

**Tracking ID: 796742083994 continued**

| | | | |
|---|---|---|---|
| Delivered | Feb 09, 2011 11:12 | Automation Bonus Discount | -1.55 |
| Svc Area | A1 | Earned Discount | -3.41 |
| Signed by | L.SAND | Fuel Surcharge | 1.05 |
| FedEx Use | 000000000/0000200/_ | Total Charge                     USD | $11.59 |

**Dropped off: Feb 08, 2011** | **Cust. Ref.: 11077 ved** | **Ref.#2:**
**Payor: Shipper** | **Ref.#3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $805.88
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- A delete request via an automated device was received for this shipment. It is being billed because operational scans indicate package movement.
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 796742092984 | Virginia Gentile | Ms. Fattaneh Bahari |
| Service Type | FedEx Standard Overnight | Thompson Wigdor & Gilly LLP | 962 LILY POND LN |
| Package Type | FedEx Envelope | 85 Fifth Avenue | FRANKLIN LAKES NJ 07417 US |
| Zone | 02 | NEW YORK NY 10003 US | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 15.50 |
| Delivered | Feb 09, 2011 12:34 | Earned Discount | -3.41 |
| Svc Area | A2 | Automation Bonus Discount | -1.55 |
| Signed by | see above | Residential Delivery | 2.75 |
| FedEx Use | 000000000/0000200/02 | Fuel Surcharge | 1.33 |
| | | Total Charge                     USD | $14.62 |

2 of 3

**Dropped off: Feb 08, 2011** | **Cust. Ref.: 11077 ved** | **Ref.#2:**
**Payor: Shipper** | **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $805.88
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 796742101982 | Virginia Gentile | Mr. Reza Bahari |
| Service Type | FedEx Standard Overnight | Thompson Wigdor & Gilly LLP | 40 E 94TH ST APT 3F |
| Package Type | FedEx Envelope | 85 Fifth Avenue | NEW YORK NY 10128 US |
| Zone | 02 | NEW YORK NY 10003 US | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 15.50 |
| Delivered | Feb 09, 2011 13:13 | Fuel Surcharge | 1.33 |
| Svc Area | A1 | Residential Delivery | 2.75 |
| Signed by | Z.REXA | Automation Bonus Discount | -1.55 |
| FedEx Use | 000000000/0000200/_ | Earned Discount | -3.41 |
| | | Total Charge                     USD | $14.62 |

3 of 3

**Consolidated Account Summary**

**Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-3-1'   To: '2011-3-31')**

| Starting Date: | **3/4/2011** | Ending Date: | **3/21/2011** | Number of Days: | **18** |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 30 | 227 | $45.40 |
| **Totals for  Location: NYC** | **30** | **227** | **$45.40** |
| **Report Totals:** | **30** | **227** | **$45.40** |

**Account:** THOMPSON WIGDOR LLP, NEW YORK NY (1003132782)
**Date Range:** March 01, 2011 - March 31, 2011
**Report Format:** Detail-Account by Client by Day
**Products:** Westlaw,WestlawNext

| Account by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| Day 03/10/2011 | | | | | | | | |
| Included | | | | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 412.00 USD | 3.71 USD | 0.33 USD | 4.04 USD |
| Totals for Included | | 2 | | | 412.00 USD | 3.71 USD | 0.33 USD | 4.04 USD |
| Totals for Day 03/10/2011 | | 2 | | | 412.00 USD | 3.71 USD | 0.33 USD | 4.04 USD |
| Day 03/19/2011 | | | | | | | | |
| Included | | | | | | | | |
| COMMUNICATIONS | | | | | 31.13 USD | 0.28 USD | 0.02 USD | 0.31 USD |
| TIME CLASS | 2:21:32 | | | | 2,531.41 USD | 22.80 USD | 2.02 USD | 24.83 USD |
| Totals for Included | 2:21:32 | | | | 2,562.54 USD | 23.08 USD | 2.05 USD | 25.13 USD |
| Totals for Day 03/19/2011 | 2:21:32 | | | | 2,562.54 USD | 23.08 USD | 2.05 USD | 25.13 USD |
| Day 03/21/2011 | | | | | | | | |
| Included | | | | | | | | |
| COMMUNICATIONS | | | | | 26.55 USD | 0.24 USD | 0.02 USD | 0.26 USD |
| TIME CLASS | 2:00:38 | | | | 1,580.93 USD | 14.24 USD | 1.26 USD | 15.51 USD |
| Totals for Included | 2:00:38 | | | | 1,607.48 USD | 14.48 USD | 1.29 USD | 15.77 USD |
| Totals for Day 03/21/2011 | 2:00:38 | | | | 1,607.48 USD | 14.48 USD | 1.29 USD | 15.77 USD |
| Totals for Client 11077 | 4:22:10 | 2 | | | 4,582.02 USD | 41.28 USD | 3.66 USD | 44.94 USD |

```
CUSTOMER NUMBER: TW1063
DATE RANGE:      01/01/2011 - 03/31/2011                    PAGE:        1

DATE          COURT                    TIME IN   TIME OUT TIME/PAGES   AMOUNT
              SEARCH CRITERIA                              DESCRIPTION
------------------------------------------------------------------------------
CLIENT CODE: 11077
  03/10/2011  00PCL                                             1        0.08

  03/10/2011  CTBK                                              6        0.48

  03/10/2011  NYSBK                                             2        0.16

  03/11/2011  00PCL                                             1        0.08

  03/11/2011  TXNDC                                             2        0.16

  PAGES     SUBTOTAL FOR  11077                               12        0.96

                                                              ================
SUBTOTAL FOR CLIENT CODE: 11077                                          0.96


        PAGES TOTAL:                                          12        0.96
                                                              ================
        TOTAL:                                                           0.96
```

**Account:** THOMPSON WIGDOR LLP, NEW YORK NY (1003132782)
**Date Range:** April 01, 2011 - April 30, 2011
**Report Format:** Detail-Account by Client by Day
**Products:** Westlaw, WestlawNext

| Account by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| Day 04/08/2011 | | | | | | | | |
| Included | | | | | | | | |
| COMMUNICATIONS | | | | | 19.74 USD | 0.23 USD | 0.02 USD | 0.25 USD |
| TIME CLASS | 1:29:43 | | | | 895.92 USD | 10.31 USD | 0.92 USD | 11.23 USD |
| Totals for Included | 1:29:43 | | | | 915.66 USD | 10.54 USD | 0.94 USD | 11.48 USD |
| Totals for Day 04/08/2011 | 1:29:43 | | | | 915.66 USD | 10.54 USD | 0.94 USD | 11.48 USD |
| Totals for Client 11077 | 1:29:43 | | | | 915.66 USD | 10.54 USD | 0.94 USD | 11.48 USD |

**equitrac**

**Consolidated Account Summary**

**Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-4-1'  To: '2011-4-30')**

| Starting Date: | 4/8/2011 | Ending Date: | 4/26/2011 | Number of Days: | 19 |
|---|---|---|---|---|---|

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 47 | 280 | $56.00 |
| **Totals for  Location: NYC** | **47** | **280** | **$56.00** |
| **Report Totals:** | **47** | **280** | **$56.00** |

# Metro Attorney Service Inc.

305 Broadway, 14th Floor
New York, NY 10007
Phone 212.822.1421
Fax 212.822.1426

# INVOICE

INVOICE #2011001205

DATE: APRIL 12, 2011

**CLIENT BILLED:**

Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY 10003

(212) 257-6800

**CASE INFORMATION:**
11CV2424

:

**FARRAH KULE-RUBIN**

:

**BAHARI GROUP LIMITED**

Received: 04-11-2011    Completed: 04-12-2011

To be served on: MS. FATTANEH BAHARI

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
|  | Vantiel Elizabeth Duncan | Due on 04-12-2011 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Postage | $1.56 | $1.56 |
| 1.00 | Same Day Service New Jersey | $155.00 | $155.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
|  |  |  |  |

SUBTOTAL $156.56
SALES TAX $0.00
RETAINER PAID $0.00

TOTAL DUE $156.56

**COMMENTS OR SPECIAL INSTRUCTIONS:**

**Thank you for your business!**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# Metro Attorney Service Inc.

305 Broadway, 14th Floor
New York, NY 10007
Phone 212.822.1421
Fax 212.822.1426

# INVOICE

INVOICE #2011001189

DATE: APRIL 18, 2011

**CLIENT BILLED:**

Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY 10003

(212) 257-6800

**CASE INFORMATION:**
 11CV2424

:
**FARRAH KULE-RUBIN**

:
**BAHARI GROUP LIMITED**

Received: 04-11-2011    Completed: 04-13-2011

To be served on: BAHARI GROUP LIMITED

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
|  | Vantiel Elizabeth Duncan | Due on 04-13-2011 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Attempted Same Day Service | $100.00 | $100.00 |
| 45.00 | Copies | $0.15 | $6.75 |
| 1.00 | Secretary of State Same Day | $90.00 | $90.00 |
| 1.00 | Secretary of State Statutory Fee Disbursement | $40.00 | $40.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
|  |  |  |  |

SUBTOTAL    $236.75
SALES TAX    $0.00
RETAINER PAID    $0.00

TOTAL DUE    $236.75

**COMMENTS OR SPECIAL INSTRUCTIONS:**

Thank you for your business!

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# Metro Attorney Service Inc.

305 Broadway, 14th Floor
New York, NY 10007
Phone 212.822.1421
Fax 212.822.1426

# INVOICE

INVOICE #2011001204

DATE: APRIL 13, 2011

**CLIENT BILLED:**

Thompson Wigdor & Gilly LLP
85 Fifth Avenue
New York, NY 10003

(212) 257-6800

**CASE INFORMATION:**
 11CV2424

:
**FARRAH KULE-RUBIN**

:
**BAHARI GROUP LIMITED**

Received: 04-11-2011     Completed: 04-13-2011

To be served on: MR. REZA BAHARI

| CLIENT REFERENCE NUMBER | REQUISITIONER | TERMS |
|---|---|---|
| | Vantiel Elizabeth Duncan | Due on 04-13-2011 |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.00 | Postage | $1.56 | $1.56 |
| 1.00 | Same Day Service Manhattan | $100.00 | $100.00 |

| PAYMENTS | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| | | | |

SUBTOTAL $101.56
SALES TAX $0.00
RETAINER PAID $0.00

TOTAL DUE $101.56

**COMMENTS OR SPECIAL INSTRUCTIONS:**

**Thank you for your business!**

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

Picked up: Apr 19, 2011          Cust. Ref.: 11077 ved          Ref.#2:
Payor: Shipper                   Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 13.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $840.66
- Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Virginia Gentile | Clerk of Court | |
| Tracking ID | 797008276069 | Thompson Wigdor & Gilly LLP | Southern District of New York | |
| Service Type | FedEx 2Day | 85 Fifth Avenue | 500 PEARL ST | |
| Package Type | FedEx Envelope | NEW YORK NY 10003 US | NEW YORK CITY NY 10007 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 11.35 |
| Delivered | Apr 20, 2011 09:55 | Fuel Surcharge | | 1.05 |
| Svc Area | A1 | Automation Bonus Discount | | -1.14 |
| Signed by | H.EDMONDSON | Earned Discount | | -2.16 |
| FedEx Use | 000000000/0001108/_ | **Total Charge** | **USD** | **$9.10** |

1134-02-00-0001788-0005-0014876

equitrac

Generated:  Friday, June 08, 2012
at       4:59:47PM

**Consolidated Account Summary**                    **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-5-1'  To: '2011-5-31')**

| Starting Date: | **5/4/2011** | Ending Date: | **5/5/2011** | Number of Days: | **2** |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for  Matter: 11077:Bahari Group - Wage Claims | 8 | 177 | $35.40 |
| **Totals for  Location: NYC** | **8** | **177** | **$35.40** |
| **Report Totals:** | **8** | **177** | **$35.40** |

```
CUSTOMER NUMBER: TW1063
DATE RANGE:      04/01/2011 - 06/30/2011                    PAGE:        1

DATE          COURT                  TIME IN   TIME OUT TIME/PAGES   AMOUNT
              SEARCH CRITERIA                            DESCRIPTION
--------------------------------------------------------------------------
CLIENT CODE: 11077
  04/12/2011  NYSDC                                          29        2.32

  05/04/2011  NYSDC                                           5        0.40

  06/19/2011  NYSDC                                           8        0.64

PAGES      SUBTOTAL FOR   11077                              42        3.36

                                                        ===============
SUBTOTAL FOR CLIENT CODE: 11077                                        3.36


    PAGES TOTAL:                                            42        3.36
                                                        ===============
    TOTAL:                                                            3.36
```

**Account:** THOMPSON WIGDOR LLP, NEW YORK NY (1003132782)
**Date Range:** May 01, 2011 - May 31, 2011
**Report Format:** Detail-Account by Client by Day
**Products:** Westlaw,WestlawNext

| Account by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| Day 05/04/2011 | | | | | | | | |
| Included | | | | | | | | |
| COMMUNICATIONS | | | | | 23.90 USD | 0.34 USD | 0.03 USD | 0.37 USD |
| TIME CLASS | 1:46:44 | | | | 1,812.50 USD | 25.64 USD | 2.28 USD | 27.91 USD |
| Totals for Included | 1:46:44 | | | | 1,836.40 USD | 25.97 USD | 2.31 USD | 28.28 USD |
| Totals for Day 05/04/2011 | 1:46:44 | | | | 1,836.40 USD | 25.97 USD | 2.31 USD | 28.28 USD |
| Totals for Client 11077 | 1:46:44 | | | | 1,836.40 USD | 25.97 USD | 2.31 USD | 28.28 USD |

June 2011

ENTERED



| CLIENT | AMOUNT |
|--------|--------|
|        |        |

**Account:** THOMPSON WIGDOR LLP, NEW YORK NY (1003132782)
**Date Range:** June 01, 2011 - June 30, 2011
**Report Format:** Detail-Account by Client by Day
**Products:** Westlaw,WestlawNext

| Account by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| Day 06/14/2011 | | | | | | | | |
| Included | | | | | | | | |
| COMMUNICATIONS | | | | | 43.36 USD | 0.69 USD | 0.06 USD | 0.75 USD |
| TIME CLASS | 3:17:10 | | | | 2,465.22 USD | 39.33 USD | 3.49 USD | 42.82 USD |
| TRANSACTIONAL SEARCHES | | 1 | | | 140.00 USD | 2.23 USD | 0.20 USD | 2.43 USD |
| Totals for Included | 3:17:10 | 1 | | | 2,648.58 USD | 42.26 USD | 3.75 USD | 46.01 USD |
| Totals for Day 06/14/2011 | 3:17:10 | 1 | | | 2,648.58 USD | 42.26 USD | 3.75 USD | 46.01 USD |
| Day 06/15/2011 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 38 | | | 497.00 USD | 7.93 USD | 0.70 USD | 8.63 USD |
| TRANSACTIONAL SEARCHES | | 22 | | | 1,320.00 USD | 21.06 USD | 1.87 USD | 22.93 USD |
| Totals for Included | | 60 | | | 1,817.00 USD | 28.99 USD | 2.57 USD | 31.56 USD |
| Totals for Day 06/15/2011 | | 60 | | | 1,817.00 USD | 28.99 USD | 2.57 USD | 31.56 USD |
| Day 06/19/2011 | | | | | | | | |
| Included | | | | | | | | |
| KEYCITE | | 1 | | | 7.00 USD | 0.11 USD | 0.01 USD | 0.12 USD |
| DOCUMENT DISPLAYS | | 2 | | | 55.00 USD | 0.88 USD | 0.08 USD | 0.96 USD |
| TRANSACTIONAL SEARCHES | | 6 | | | 360.00 USD | 5.74 USD | 0.51 USD | 6.25 USD |
| Totals for Included | | 9 | | | 422.00 USD | 6.73 USD | 0.60 USD | 7.33 USD |
| Totals for Day 06/19/2011 | | 9 | | | 422.00 USD | 6.73 USD | 0.60 USD | 7.33 USD |
| Day 06/20/2011 | | | | | | | | |
| Included | | | | | | | | |
| COMMUNICATIONS | | | | | 3.58 USD | 0.06 USD | 0.01 USD | 0.08 USD |
| TIME CLASS | 0:16:15 | | | | 179.59 USD | 2.87 USD | 0.25 USD | 3.12 USD |
| Totals for Included | 0:16:15 | | | | 183.17 USD | 2.92 USD | 0.26 USD | 3.18 USD |
| Totals for Day 06/20/2011 | 0:16:15 | | | | 183.17 USD | 2.92 USD | 0.26 USD | 3.18 USD |
| Totals for Client 11077 | 3:33:25 | 70 | | | 5,070.75 USD | 80.90 USD | 7.18 USD | 88.08 USD |

Pret A Manger
857 Broadway
New York   NY
10

6/19/2           PM  01052500080
Brenda
POS : 3 -

1     CHICKEN HOT WRAP     6.49 *
1     CHTFS LIGHTLY SALTED KETTL   1.65 *

SUBTOTAL                          8.14
TAX                               0.73
TOTAL DUE                         8.87

CARD                              8.87



**Avant**
BUSINESS SERVICES ®

P.O. Box 5952
Grand Central Station          212 687 5145
New York, NY 10163-5952  |  212 687 8980 fax

THOMPSON WIGDOR & GILLY LLP
ATTN: VIRGINIA GENTILE
85 5TH AVE      5FL
NEW YORK, NY 10003

Please tear at perforation and return top portion with your payment.  | FOR YOUR CONVENIENCE, THE REVERSE SIDE INCLUDES OUR RETURN ADDRESS WHICH WILL FIT IN A WINDOW ENVELOPE

Avant Business Services          212 687 5145
P.O. Box 5952, Grand Central Station, New York, NY 10163-5952

| INVOICE NO. | PERIOD ENDING | AMOUNT DUE | PAGE | TERMS |
|---|---|---|---|---|
| 244619 | 6/24/11 | 47.10 | 1 | NET 20 DAYS FROM INVOICE DATE |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|---|
| 6/21/11 | 4697497 RSH | | THOMPSON WIGDOR & GILLY LLP        SOUTHERN DISTRICT COURT<br>85 5TH AVE                                 500 PEARL ST<br>NEW YORK        NY 10003            NEW YORK        NY 10007<br>Caller: PATRICK DURKIN   Time: 15:51   Pcs:   2 pcs   Wght:   2 lbs<br>Signed: USM SDNY              Time: 16:28        Your Ref:   11077 | Base Chg:   14.25 | 14.25 |

INVOICE TOTAL ▶

Receiving and paying your bills electronically saves paper and ink. Call us for details.
A FINANCE CHARGE 1-1/2% PER MONTH (18% PER ANNUM) WILL BE ADDED TO ALL PAST DUE ACCOUNTS
ANY DISCREPANCIES MUST BE REPORTED TO US WITHIN 5 WORKING DAYS OTHERWISE THIS INVOICE WILL BE CONSIDERED ACCURATE AND COLLECTIBLE IN FULL

| CLIENT | AMOUNT |
|--------|--------|
| | |
| | |
| | |
| | |
| Bahari | $ 0.22 |
| | |
| | |
| | |
| | |
| | |
| | |



ENTERED

July 2011

**Account:** THOMPSON WIGDOR & GILLY LLP, NEW YORK NY (1003132782)

**Date Range:** July 01, 2011 - July 31, 2011

**Report Format:** Summary-Account by Client

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| Totals for Included | 19,539 | | | | $4,457.06 | $87.25 | $7.74 | $95.00 |
| Totals for Client 11077 | 19,539 | | | | $4,457.06 | $87.25 | $7.74 | $95.00 |

*equitrac*

Generated   Friday, June 08, 2012
at      5:01:14PM

**Consolidated Account Summary**                                    **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-7-1'   To: '2011-7-31')**

| Starting Date: | 7/13/2011 | Ending Date: | 7/19/2011 | | Number of Days: | 7 |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: :** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 4 | 22 | $4.40 |
| **Totals for Location:** | **4** | **22** | **$4.40** |
| **Location: NYC:New York, New York** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 14 | 82 | $16.40 |
| **Totals for Location: NYC** | **14** | **82** | **$16.40** |
| **Report Totals:** | **18** | **104** | **$20.80** |

Copyright© 2012, Equitrac Corporation                                   Page                    1

**((equitrac**

**Consolidated Account Summary**                                      **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-8-1'   To: '2011-8-31')**

| Starting Date: | 8/17/2011 | Ending Date: | 8/17/2011 | Number of Days: | 1 |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 2 | 41 | $8.20 |
| **Totals for  Location: NYC** | **2** | **41** | **$8.20** |
| **Report Totals:** | **2** | **41** | **$8.20** |

**Consolidated Account Summary**

**Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-9-1'   To: '2011-9-30')**

| Starting Date: | 9/6/2011 | Ending Date: | 9/30/2011 | Number of Days: | **25** |
|---|---|---|---|---|---|

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| Location: : | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 11 | 52 | $10.40 |
| **Totals for  Location:** | **11** | **52** | **$10.40** |
| Location: NYC:New York, New York | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 28 | 199 | $39.80 |
| **Totals for  Location: NYC** | **28** | **199** | **$39.80** |
| **Report Totals:** | **39** | **251** | **$50.20** |

**Account:** THOMPSON WIGDOR LLP, NEW YORK NY (1003132782)
**Date Range:** September 01, 2011 - September 30, 2011
**Report Format:** Detail-Account by Client by Day
**Products:** Westlaw,WestlawNext

| Account by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| Day 09/07/2011 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 6 | | | 78.00 USD | 2.44 USD | 0.22 USD | 2.66 USD |
| TRANSACTIONAL SEARCHES | | 5 | | | 300.00 USD | 9.39 USD | 0.83 USD | 10.22 USD |
| Totals for Included | | 11 | | | 378.00 USD | 11.83 USD | 1.05 USD | 12.88 USD |
| Totals for Day 09/07/2011 | | 11 | | | 378.00 USD | 11.83 USD | 1.05 USD | 12.88 USD |
| Day 09/13/2011 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 16 | | | 232.00 USD | 7.26 USD | 0.64 USD | 7.90 USD |
| TRANSACTIONAL SEARCHES | | 8 | | | 480.00 USD | 15.02 USD | 1.33 USD | 16.35 USD |
| Totals for Included | | 24 | | | 712.00 USD | 22.28 USD | 1.98 USD | 24.25 USD |
| Totals for Day 09/13/2011 | | 24 | | | 712.00 USD | 22.28 USD | 1.98 USD | 24.25 USD |
| Totals for Client 11077 | | 35 | | | 1,090.00 USD | 34.10 USD | 3.03 USD | 37.13 USD |

SEPT '11

 ENTERED

| CLIENT | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Bahari | $    2.78 |
|        |        |
|        |        |
|        |        |

```
CUSTOMER NUMBER: TW1063
DATE RANGE:      07/01/2011 - 09/30/2011              PAGE:        1

DATE         COURT                 TIME IN   TIME OUT TIME/PAGES   AMOUNT
             SEARCH CRITERIA                          DESCRIPTION
-------------------------------------------------------------------------
CLIENT CODE: 11077
  08/17/2011  00PCL                                        1        0.08

  08/17/2011  NYSDC                                        8        0.64

  09/16/2011  00PCL                                        2        0.16

  09/16/2011  NYSDC                                       31        2.48

 PAGES      SUBTOTAL FOR   11077                          42        3.36

                                                      ================
SUBTOTAL FOR CLIENT CODE: 11077                                    3.36


       PAGES TOTAL:                                      42        3.36
                                                      ================
       TOTAL:                                                      3.36
```



OCTOBER 2011         POSTAGE

| CLIENT | AMOUNT |
|--------|--------|
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
|        |        |
| Bahari | $   2.58 |
|        |        |
|        |        |
|        |        |
|        |        |



THOMPSON WIGDOR LLP
ATTN: VIRGINIA GENTILE
85 5th Ave
New York, NY 10003-3019

**Remit Payments with this stub to:**
P.O. Box 5952
Grand Central Station
New York, NY 10163-5952
212 687-5145

-------------cut and return with payment-------------

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | Total |
|---|---|---|---|---|---|---|
| | | | | | | $10.95 |
| 10/12/11 | 582.101211 Jay Woo Jun 11077 JWJ | Thompson Wigdor LLP 85 5th Ave Floor 5 New York, NY 10003 Pcs:1 Wt:0.00 | United States Courthouse 500 Pearl St New York, NY 10007 STAMP,U.S.M.5W,S.D.N.Y. LO | $10.95 01 Foot Reg foot Sc:30300 | | |

Avant Business Services
P.O. Box 5952
Grand Central Station
New York, NY 10163-5952
212 687-5145

**Please refer to your original credit application for liabilities limits. Any claims must be made in writing within 30 days of invoice date**



**November 2011 Postage**

| CLIENT | AMOUNT |
|--------|--------|
|        |        |
| bahari | $      6.16 |

**((equitrac**

Consolidated
Friday, June 08, 2012
at    5:05:45PM

**Consolidated Account Summary**                                    **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-11-1'  To: '2011-11-30')**

| Starting Date: | 11/1/2011 | Ending Date: | 11/16/2011 | Number of Days: | 16 |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for  Matter: 11077:Bahari Group - Wage Claims | 53 | 73 | $14.60 |
| **Totals for  Location: NYC** | **53** | **73** | **$14.60** |
| **Report Totals:** | **53** | **73** | **$14.60** |

Generated  Friday, June 08, 2012
at      5:08:32PM

# equitrac

**Consolidated Account Summary**                    **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2011-12-1'  To: '2011-12-31')**

| Starting Date: | 12/27/2011 | Ending Date: | 12/27/2011 | Number of Days: | 1 |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for  Matter: 11077:Bahari Group - Wage Claims | 9 | 52 | $10.40 |
| **Totals for  Location: NYC** | **9** | **52** | **$10.40** |
| **Report Totals:** | **9** | **52** | **$10.40** |

```
CUSTOMER NUMBER: TW1063
DATE RANGE:      10/01/2011 - 12/31/2011              PAGE:         1

DATE        COURT                    TIME IN   TIME OUT TIME/PAGES  AMOUNT
            SEARCH CRITERIA                              DESCRIPTION
--------------------------------------------------------------------------
CLIENT CODE: 11077
  10/05/2011  00PCL                                          1        0.08

  10/05/2011  NYSDC                                         69        5.52

  10/06/2011  NYSDC                                         11        0.88

  10/13/2011  NYSDC                                         14        1.12

  PAGES      SUBTOTAL FOR   11077                           95        7.60

                                                                ===============
SUBTOTAL FOR CLIENT CODE: 11077                                        7.60


      PAGES TOTAL:                                         95        7.60
                                                                ===============
      TOTAL:                                                          7.60
```

((equitrac

**Consolidated Account Summary**                               **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2012-2-1'  To: '2012-2-29')**

| Starting Date: | **2/21/2012** | Ending Date: | **2/21/2012** | Number of Days: | **1** |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for  Matter: 11077:Bahari Group - Wage Claims | 1 | 12 | $2.40 |
| **Totals for  Location: NYC** | **1** | **12** | **$2.40** |
| **Report Totals:** | **1** | **12** | **$2.40** |

**Account:** THOMPSON WIGDOR LLP, NEW YORK NY (1003132782)
**Date Range:** March 01, 2012 - March 31, 2012
**Report Format:** Detail-Account by Client by User by Day (Using Contact ID) **NEW**
**Products:** Westlaw,WestlawNext

| Account by Client by User by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| User Name GOTTLIEB,DAVID (9476153) | | | | | | | | |
| Day 03/07/2012 | | | | | | | | |
| Included | | | | | | | | |
| COMMUNICATIONS | | | | | 4.01 USD | 0.06 USD | 0.01 USD | 0.07 USD |
| TIME CLASS | 1,095 | | | | 203.79 USD | 3.24 USD | 0.29 USD | 3.53 USD |
| Totals for Included | 1,095 | | | | 207.80 USD | 3.30 USD | 0.29 USD | 3.60 USD |
| Totals for Day 03/07/2012 | 1,095 | | | | 207.80 USD | 3.30 USD | 0.29 USD | 3.60 USD |
| Totals for User Name GOTTLIEB,DAVID (9476153) | 1,095 | | | | 207.80 USD | 3.30 USD | 0.29 USD | 3.60 USD |
| User Name IVY,JAMARRI (10600033) | | | | | | | | |
| Day 03/01/2012 | | | | | | | | |
| Included | | | | | | | | |
| KEYCITE | | 1 | | | 13.00 USD | 0.21 USD | 0.02 USD | 0.23 USD |
| DOCUMENT DISPLAYS | | 6 | | | 164.00 USD | 2.61 USD | 0.23 USD | 2.84 USD |
| TRANSACTIONAL SEARCHES | | 2 | | | 120.00 USD | 1.91 USD | 0.17 USD | 2.08 USD |
| Totals for Included | | 9 | | | 297.00 USD | 4.72 USD | 0.42 USD | 5.14 USD |
| Totals for Day 03/01/2012 | | 9 | | | 297.00 USD | 4.72 USD | 0.42 USD | 5.14 USD |
| Day 03/05/2012 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 1 | | | 13.00 USD | 0.21 USD | 0.02 USD | 0.23 USD |
| Totals for Included | | 1 | | | 13.00 USD | 0.21 USD | 0.02 USD | 0.23 USD |
| Totals for Day 03/05/2012 | | 1 | | | 13.00 USD | 0.21 USD | 0.02 USD | 0.23 USD |
| Day 03/06/2012 | | | | | | | | |
| Included | | | | | | | | |
| KEYCITE | | 5 | | | 65.00 USD | 1.03 USD | 0.09 USD | 1.13 USD |
| DOCUMENT DISPLAYS | | 44 | | | 572.00 USD | 9.10 USD | 0.81 USD | 9.90 USD |
| TRANSACTIONAL SEARCHES | | 22 | | | 1,320.00 USD | 20.99 USD | 1.86 USD | 22.86 USD |
| Totals for Included | | 71 | | | 1,957.00 USD | 31.12 USD | 2.76 USD | 33.88 USD |
| Totals for Day 03/06/2012 | | 71 | | | 1,957.00 USD | 31.12 USD | 2.76 USD | 33.88 USD |
| Day 03/07/2012 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 5 | | | 107.00 USD | 1.70 USD | 0.15 USD | 1.85 USD |
| TRANSACTIONAL SEARCHES | | 2 | | | 120.00 USD | 1.91 USD | 0.17 USD | 2.08 USD |
| Totals for Included | | 7 | | | 227.00 USD | 3.61 USD | 0.32 USD | 3.93 USD |
| Totals for Day 03/07/2012 | | 7 | | | 227.00 USD | 3.61 USD | 0.32 USD | 3.93 USD |
| Day 03/12/2012 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 5 | | | 65.00 USD | 1.03 USD | 0.09 USD | 1.13 USD |
| TRANSACTIONAL SEARCHES | | 3 | | | 180.00 USD | 2.86 USD | 0.25 USD | 3.12 USD |
| Totals for Included | | 8 | | | 245.00 USD | 3.90 USD | 0.35 USD | 4.24 USD |
| Totals for Day 03/12/2012 | | 8 | | | 245.00 USD | 3.90 USD | 0.35 USD | 4.24 USD |
| Day 03/13/2012 | | | | | | | | |
| Included | | | | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 60.00 USD | 0.95 USD | 0.08 USD | 1.04 USD |
| Totals for Included | | 1 | | | 60.00 USD | 0.95 USD | 0.08 USD | 1.04 USD |
| Totals for Day 03/13/2012 | | 1 | | | 60.00 USD | 0.95 USD | 0.08 USD | 1.04 USD |
| Day 03/20/2012 | | | | | | | | |
| Included | | | | | | | | |
| KEYCITE | | 1 | | | 13.00 USD | 0.21 USD | 0.02 USD | 0.23 USD |
| DOCUMENT DISPLAYS | | 8 | | | 146.00 USD | 2.32 USD | 0.21 USD | 2.53 USD |
| TRANSACTIONAL SEARCHES | | 4 | | | 240.00 USD | 3.82 USD | 0.34 USD | 4.16 USD |
| Totals for Included | | 13 | | | 399.00 USD | 6.35 USD | 0.56 USD | 6.91 USD |
| Totals for Day 03/20/2012 | | 13 | | | 399.00 USD | 6.35 USD | 0.56 USD | 6.91 USD |
| Totals for User Name IVY,JAMARRI (10600033) | | 110 | | | 3,198.00 USD | 50.86 USD | 4.51 USD | 55.37 USD |
| Totals for Client 11077 | 1,095 | 110 | | | 3,405.80 USD | 54.16 USD | 4.81 USD | 58.97 USD |

**Consolidated Account Summary**                          **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2012-3-1'  To: '2012-3-31')**

| Starting Date: | 3/1/2012 | Ending Date: | 3/22/2012 | Number of Days: | 22 |
|---|---|---|---|---|---|

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: :** | | | |
| Totals for  Matter: 11077:Bahari Group - Wage Claims | 2 | 2 | $0.40 |
| **Totals for  Location:** | **2** | **2** | **$0.40** |
| **Location: NYC:New York, New York** | | | |
| Totals for  Matter: 11077:Bahari Group - Wage Claims | 27 | 292 | $58.40 |
| **Totals for  Location: NYC** | **27** | **292** | **$58.40** |
| **Report Totals:** | **29** | **294** | **$58.80** |

```
CUSTOMER NUMBER: TW1063
DATE RANGE:      01/01/2012 - 03/31/2012                    PAGE:        1

DATE         COURT                    TIME IN    TIME OUT TIME/PAGES   AMOUNT
             SEARCH CRITERIA                              DESCRIPTION
------------------------------------------------------------------------------
CLIENT CODE: 11077
   03/06/2012  NYSDC                                           13        1.04

   PAGES      SUBTOTAL FOR  11077                              13        1.04

                                                        ================
SUBTOTAL FOR CLIENT CODE: 11077                                         1.04


       PAGES TOTAL:                                       13            1.04
                                                        ================
       TOTAL:                                                           1.04
```

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

### TW Postage - April '12

| Client | Amount |
|--------|--------|



| Client | Amount |
|--------|--------|
| Bahari | $ 1.75 |

```
CUSTOMER NUMBER: TW1063
DATE RANGE:      04/01/2012 - 06/08/2012                PAGE:        1

DATE         COURT                 TIME IN   TIME OUT TIME/PAGES   AMOUNT
             SEARCH CRITERIA                          DESCRIPTION
------------------------------------------------------------------------
CLIENT CODE: 11077
  04/04/2012  00PCL                                        7         0.70

  04/04/2012  CANBK                                        5         0.50

  04/04/2012  CTBK                                         4         0.40

  04/04/2012  MDBK                                        48         4.80

  04/04/2012  NYSBK                                       13         1.30

  04/04/2012  NYSDC                                        4         0.40

PAGES      SUBTOTAL FOR  11077                            81         8.10

                                                    ================
SUBTOTAL FOR CLIENT CODE: 11077                                      8.10


  PAGES TOTAL:                                       81              8.10
                                                    ================
  TOTAL:                                                             8.10
```

**equitrac**

**Consolidated Account Summary**                              **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2012-4-1'   To: '2012-4-30')**

| Starting Date: | 4/2/2012 | Ending Date: | 4/25/2012 | | Number of Days: | **24** |
|---|---|---|---|---|---|---|

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 51 | 271 | $54.20 |
| **Totals for Location: NYC** | **51** | **271** | **$54.20** |
| **Report Totals:** | **51** | **271** | **$54.20** |

**Account:** THOMPSON WIGDOR LLP, NEW YORK NY (1003132782)
**Date Range:** April 01, 2012 - April 30, 2012
**Report Format:** Detail-Account by Client by Day
**Products:** Westlaw,WestlawNext

| Account by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| Day 04/03/2012 | | | | | | | | |
| Included | | | | | | | | |
|   KEYCITE | | 2 | | | 26.00 USD | 0.75 USD | 0.07 USD | 0.82 USD |
|   DOCUMENT DISPLAYS | | 17 | | | 263.00 USD | 7.62 USD | 0.68 USD | 8.30 USD |
|   TRANSACTIONAL SEARCHES | | 2 | | | 120.00 USD | 3.48 USD | 0.31 USD | 3.79 USD |
| Totals for Included | | 21 | | | 409.00 USD | 11.85 USD | 1.05 USD | 12.90 USD |
| Totals for Day 04/03/2012 | | 21 | | | 409.00 USD | 11.85 USD | 1.05 USD | 12.90 USD |
| Day 04/04/2012 | | | | | | | | |
| Included | | | | | | | | |
|   DOCUMENT DISPLAYS | | 6 | | | 120.00 USD | 3.48 USD | 0.31 USD | 3.79 USD |
|   TRANSACTIONAL SEARCHES | | 1 | | | 60.00 USD | 1.74 USD | 0.15 USD | 1.89 USD |
| Totals for Included | | 7 | | | 180.00 USD | 5.22 USD | 0.46 USD | 5.68 USD |
| Totals for Day 04/04/2012 | | 7 | | | 180.00 USD | 5.22 USD | 0.46 USD | 5.68 USD |
| Totals for Client 11077 | | 28 | | | 589.00 USD | 17.07 USD | 1.52 USD | 18.58 USD |

*Bahari*

```
      ACORN FOOD SERVICE
     @ FEDERAL COURT HOUSE
            NY NY
            NY NY
  DATE 04/09/2012 MON   TIME 09:47

  12OZ.STARBCK T1          $1.85
  TEA T1                   $1.10
  TAX1                     $0.26
  TOTAL                    $3.21
  CASH                     $4.00

  CHANGE                   $0.79
            THANK YOU
  CLERK 1      No.000140   00111
```

Picked up: Apr 25, 2012                     Cust. Ref: 11077 (PJD)                Ref #2:
Payor: Shipper                              Ref #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 966.11
- Distance Based Pricing, Zone 2

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Virginia Gentile | IDB Bank |
| Tracking ID | 798327000600 | Thompson Wigdor LLP | IDB Bank |
| Service Type | FedEx Standard Overnight | 85 Fifth Avenue | 511 5TH AVE |
| Package Type | FedEx Envelope | NEW YORK NY 10003 US | NEW YORK NY 10017 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 16.50 |
| Delivered | Apr 26, 2012 09:19 | Courier Pickup Charge | 0.00 |
| Svc Area | A1 | Fuel Surcharge | 1.57 |
| Signed by | S.HOEY | Automation Bonus Discount | -1.65 |
| FedEx Use | 000000000/0000200/_ | Earned Discount | -3.63 |
| | | Total Charge                    USD | $12.79 |

**Account:** THOMPSON WIGDOR LLP, NEW YORK NY (1003132782)
**Date Range:** May 01, 2012 - May 31, 2012
**Report Format:** Detail-Account by User by Client by Day
**Products:** Westlaw,WestlawNext

| Account by User by Client by Day | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|
| Client 11077 | | | | | | | | |
| Day 05/30/2012 | | | | | | | | |
| Included | | | | | | | | |
| COMMUNICATIONS | | | | | 20.01 USD | 0.49 USD | 0.04 USD | 0.53 USD |
| TIME CLASS | 1:30:58 | | | | 1,657.76 USD | 40.67 USD | 3.61 USD | 44.28 USD |
| Totals for Included | 1:30:58 | | | | 1,677.77 USD | 41.16 USD | 3.65 USD | 44.81 USD |
| Totals for Day 05/30/2012 | 1:30:58 | | | | 1,677.77 USD | 41.16 USD | 3.65 USD | 44.81 USD |
| Totals for Client 11077 | 1:30:58 | | | | 1,677.77 USD | 41.16 USD | 3.65 USD | 44.81 USD |
| Client 11077 | | | | | | | | |
| Day 05/08/2012 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 3 | | | 81.00 USD | 1.99 USD | 0.18 USD | 2.16 USD |
| TRANSACTIONAL SEARCHES | | 1 | | | 60.00 USD | 1.47 USD | 0.13 USD | 1.60 USD |
| Totals for Included | | 4 | | | 141.00 USD | 3.46 USD | 0.31 USD | 3.77 USD |
| Totals for Day 05/08/2012 | | 4 | | | 141.00 USD | 3.46 USD | 0.31 USD | 3.77 USD |
| Day 05/09/2012 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 2 | | | 110.00 USD | 2.70 USD | 0.24 USD | 2.94 USD |
| TRANSACTIONAL SEARCHES | | 2 | | | 120.00 USD | 2.94 USD | 0.26 USD | 3.21 USD |
| Totals for Included | | 4 | | | 230.00 USD | 5.64 USD | 0.50 USD | 6.14 USD |
| Totals for Day 05/09/2012 | | 4 | | | 230.00 USD | 5.64 USD | 0.50 USD | 6.14 USD |
| Day 05/10/2012 | | | | | | | | |
| Included | | | | | | | | |
| KEYCITE | | 1 | | | 13.00 USD | 0.32 USD | 0.03 USD | 0.35 USD |
| DOCUMENT DISPLAYS | | 7 | | | 301.00 USD | 7.38 USD | 0.66 USD | 8.04 USD |
| TRANSACTIONAL SEARCHES | | 1 | | | 60.00 USD | 1.47 USD | 0.13 USD | 1.60 USD |
| Totals for Included | | 9 | | | 374.00 USD | 9.18 USD | 0.81 USD | 9.99 USD |
| Totals for Day 05/10/2012 | | 9 | | | 374.00 USD | 9.18 USD | 0.81 USD | 9.99 USD |
| Day 05/11/2012 | | | | | | | | |
| Included | | | | | | | | |
| DOCUMENT DISPLAYS | | 7 | | | 91.00 USD | 2.23 USD | 0.20 USD | 2.43 USD |
| TRANSACTIONAL SEARCHES | | 1 | | | 60.00 USD | 1.47 USD | 0.13 USD | 1.60 USD |
| Totals for Included | | 8 | | | 151.00 USD | 3.70 USD | 0.33 USD | 4.03 USD |
| Totals for Day 05/11/2012 | | 8 | | | 151.00 USD | 3.70 USD | 0.33 USD | 4.03 USD |
| Totals for Client 11077 | | 25 | | | 896.00 USD | 21.98 USD | 1.95 USD | 23.93 USD |

Total = $68.74

**equitrac**

**Consolidated Account Summary**                                    **Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (From: '2012-5-1'  To: '2012-5-31')**

| Starting Date: | **5/2/2012** | Ending Date: | **5/31/2012** | | Number of Days: | **30** |

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for  Matter: 11077:Bahari Group - Wage Claims | 161 | 1,246 | $249.20 |
| **Totals for  Location: NYC** | **161** | **1,246** | **$249.20** |
| **Report Totals:** | **161** | **1,246** | **$249.20** |

equitrac

**Consolidated Account Summary**

**Thompson Wigdor & Gilly LLP**

**Matter='11077'  and (Month To Date)**

| Starting Date: | 6/1/2012 | Ending Date: | 6/14/2012 | Number of Days: | **14** |
|---|---|---|---|---|---|

| Location/Matter | Trxs. | Page Count | Amount |
|---|---|---|---|
| **Location: NYC:New York, New York** | | | |
| Totals for Matter: 11077:Bahari Group - Wage Claims | 183 | 1,316 | $263.20 |
| **Totals for  Location: NYC** | **183** | **1,316** | **$263.20** |
| **Report Totals:** | **183** | **1,316** | **$263.20** |

*Bahari*

## MAOZ VEGETARIAN

38 Union Square East
New York, NY 10003
Phone:212-260-1988
www.maozusa.com

CHECK# 726195
DATE:  05/31/12          TIME:  09:16pm
Customer Name:GOTTLIEB,DAVID

| | |
|---|---|
| 1 Salad Meal | $9.95 |
| Soda Can | |

| | |
|---|---|
| Subtotal: | $9.95 |
| SALES TAX: | $0.88 |
| Sbtl w/Tax: | $10.83 |
| Amt Due: | **$10.83** |

Visa                          $10.83

## Thank you!
We Apreciate your business!

# Order#726195



THOMPSON WIGDOR LLP
ATTN: VIRGINIA GENTILE
85 5th Ave
New York, NY 10003-3019

**Remit Payments with this stub to:**
P.O. Box 5952
Grand Central Station
New York, NY 10163-5952
212 687-5145

------cut and return with payment------

| Date | OrdTrkID Caller/Ref# | Origin | Destination/POD | Base Charge | Additional Charges | Total |
|---|---|---|---|---|---|---|
| 5/31/12 | 1775.053112 VIRGINIA GE LR 11077 | THOMPSON WIGDOR LLP 85 5th Ave 5 FL New York, NY 10003 Pcs:1 Wt:0.00 | SOUTHERN DISTRICT COURT 500 Pearl St New York, NY 10007 us.marshall 15:57 | $10.95 01 Foot Reg foot Sc:30300 | | $10.95 |

Avant Business Services
P.O. Box 5952
Grand Central Station
New York, NY 10163-5952
212 687-5145

Please refer to your original credit application for liabilities limits. Any claims must be made in writing within 30 days of invoice date



**DELIVERY**.com

## ORDER # O8743142

| Delivery Address | Dirty Bird To Go | Order Date |
|---|---|---|
| 85 5TH AVE, 5 | 204 W 14th St | 6/13/2012 at 7:24 pm |
| NEW YORK, NY 10003 | New York, NY 10011 | Delivery Date |
| | 212-620-4836 | ASAP |

## YOUR ORDER

| Qty | Item | Price |
|---|---|---|
| 1x | 5-Piece Chicken Fingers Plus One Side | $11.25 |
| | *Choice of Sauce* | |
| *Honey Dijon Sauce* | | |
| | *Choice of (1) Side* | |
| *Smashed Potatoes & Gravy* | | |
| | Special Instructions: *Please include a buttermilk sauce on the side. Thanks!* | |
| 1x | Half Rotisserie Chicken | $10.65 |
| | Special Instructions: *Include hot sauce. Thanks!* | |
| 1x | Sauteed Garlic Kale | $3.50 |

| | |
|---|---|
| Subtotal: | $25.40 |
| Tax: | $2.25 |
| Tip: | $5.08 |
| **Total:** | **$32.73** |

Visa ending in 8539:     -$32.73

$30.00

For LBR + PJD
Bahor: ~ 9:30 pm

