# Exhibit K



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**David E. Gottlieb**
dgottlieb@thompsonwigdor.com

January 18, 2012

**VIA E-MAIL**

Re:

Dear

      This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $500 per hour for my time, and to the extent additional attorneys are required, $650 per hour for partners' time and between $300 and $500 per hour for associates' time (depending on seniority), for all hours worked on the Company's matters. Paralegals' time will be billed at a rate of $180 per hour.

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

January 18, 2012
Page 2

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

January 18, 2012
Page 3

We are looking forward to working with you.  If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

David E. Gottlieb

**AGREED**:



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

June 10, 2011

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

<u>**VIA E-MAIL**</u>

Re:

Dear Ms.

We are pleased to have the opportunity to represent you in connection with your claims against This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750 per hour for partners' time, between $350-$625 per hour for associates' time (depending on seniority), and $175 per hour for paralegals' time, for all hours worked on your matter.

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

June 10, 2011
Page 2

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

June 10, 2011
Page 3

We are looking forward to working with you. If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas Wigdor

AGREED:

**T W G**

## Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

**PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION**

May 19, 2011

**VIA EMAIL**

Re:

Dear

We are pleased to have the opportunity to represent you in connection with providing advice and counsel regarding                                                                This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750.00 per hour for partners' time, between $325.00 - $650.00 per hour for associates' time (depending on seniority), and $185.00 per hour for paralegals' time, for all hours worked on your matter.

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

May 19, 2011
Page 2

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

Mr. Rameen Soltani
May 19, 2011
Page 3

We are looking forward to working with you.  If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas H. Wigdor

AGREED:



**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

March 17, 2011

**PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION**

Re:

Dear

We are pleased to have the opportunity to represent you

This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750.00 per hour for partners' time, between $400.00 - $575.00 per hour for associates' time (depending on seniority), and $185.00 per hour for paralegals' time, for all hours worked on your matter.

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

March 17, 2011
Page 2

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

March 17, 2011
Page 3

We are looking forward to working with you.  If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas H. Wigdor

AGREED:



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

May 1, 2012

Re:

Dear

We are pleased to have the opportunity to represent you                        This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750.00 per hour for partners' time, between $350.00 - $600.00 per hour for associates' time (depending on seniority), and $180.00 per hour for paralegals' time, for all hours worked on your matter.

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

May 1, 2012
Page 2

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

May 1, 2012
Page 3

We are looking forward to working with you.  If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas H. Wigdor

AGREED:



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

April 27, 2012

**VIA EMAIL**

      Re:

Dear

We are pleased to have the opportunity to represent you                                      This letter sets forth
the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon
billing rates of $750.00 per hour for partners' time, between $350.00 - $600.00 per hour for
associates' time (depending on seniority), and $180.00 per hour for paralegals' time, for all hours
worked on your matter.

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

April 27, 2012
Page 2

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

April 27, 2012
Page 3

      We are looking forward to working with you.  If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas H. Wigdor

AGREED:



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

February 9, 2012

**VIA EMAIL**

      Re:

Dear

We are pleased to have the opportunity to represent you
            This letter sets forth the terms of our firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750 per hour for partners' time, between $350 -$600 per hour for associates' time (depending on seniority), and $180 per hour for paralegals' time, for all hours worked on your matter.

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

February 9, 2012
Page 2

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

February 9, 2012
Page 3

      We are looking forward to working with you.  If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas H. Wigdor

AGREED:



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

October 27, 2011

**VIA EMAIL**

Re:

Dear

We are pleased to have the opportunity to represent you in
                                                                This letter sets forth the terms of our
firm's engagement.

As explained to you, our fees for professional services rendered will be calculated based upon
billing rates of $750.00 per hour for partners' time, between $350.00 - $625.00 per hour for
associates' time (depending on seniority), and $180.00 per hour for paralegals' time, for all hours
worked on your matter.

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

October 27, 2011
Page 2

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

October 27, 2011
Page 3

 

 

 

We are looking forward to working with you.  If you have any questions, please do not hesitate to contact me at any time.

Sincerely,

Douglas H. Wigdor

AGREED:

# T W G

## Thompson Wigdor & Gilly LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@thompsonwigdor.com

June 9, 2011

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**

Re:

Dear

This letter sets forth the terms under which you have agreed to retain our firm to represent you

As explained to you, our fees for professional services rendered will be calculated based upon billing rates of $750 per hour for partners, $595 per hour for Basil Sitaras, who will be the principal attorney handling your matter, and $180 per hour for paralegals for hours worked on your matter.

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

June 9, 2011
Page 2



**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Kenneth P. Thompson**
kthompson@twglaw.com

January 20, 2012

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

<u>**VIA HAND DELIVERY**</u>

Re:

Dear

We are pleased to have the opportunity to represent you                    This letter sets forth the terms of

our firm's engagement to represent you in this matter.

Our fees for professional services rendered will be calculated based upon billing rates of $750 per hour for partners, $300 to $595 per hour for associates, and $180 per hour for paralegals for hours worked on your matter.

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

January 20, 2012
Page 2

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

January 20, 2012
Page 3

      We are looking forward to working with you.  If you have any
questions, please do not hesitate to contact me at any time.

                              Sincerely,

                              Kenneth P. Thompson

AGREED:



# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Kenneth P. Thompson**
kthompson@twglaw.com

February 6, 2012

**PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION**

Re:

Dear

We are pleased to have the opportunity to represent you                                              This letter
sets forth the terms of our firm's engagement.

Our fees for professional services rendered will be calculated based upon billing rates of $750
per hour for partners' time, between $350-600 per hour for associates' time (depending on
seniority), and $180 per hour for paralegals' time, for all hours worked in connection with our
representation.

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

February 6, 2012
Page 2

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

February 6, 2012
Page 3

I very much look forward to working with you.  If you have any questions, please do not hesitate
to contact me at any time.

Sincerely,

Kenneth P. Thompson

AGREED: