USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FARRAH KULE-RUBIN, LANA RYBAK,
SHEILA YEN-PFISTER, JEANETTE PENALVER,
REBECCA SCHLOSSBERG, TIEU PHAN CHAN,
LAI WAN NG, SHAOLI HU ZHANG, CLAUDETTE
JEAN-BAPTISTE, MOON CHAN and FUN YIM NG,
                    Plaintiff,

-against-

BAHARI GROUP LIMITED; REZA BAHARI, in his
individual and official capacities; FATTANEH
BAHARI, in her individual and official capacities; and
"JOHN DOES 1 through 5," whose names are not
curretly known, in their individual and official capacities,
                              Defendants.
----------------------------------------------------------------X

11 **CIVIL** 2424 (TPG)(JLC)

**JUDGMENT**

# 12,2060

Whereas the Court having granted summary judgment in Plaintiffs' favor on March 5, 2012; Plaintiffs subsequently having moved for a damages inquest on June 15, 2012, and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on November 15, 2012, having rendered its Damages Inquest Order granting Plaintiffs request, awarding Plaintiffs $197,352.66 in damages and $144,317.43 in attorneys' fees and costs, and awarding Plaintiffs pre-judgment interest at 9% per year on the actual damages of $91,948.33 (calculated at $22.67 per day) from November 15, 2010 and the date of the judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Damages Inquest Order dated November 15, 2012, Plaintiffs request is granted; Plaintiffs are awarded $197,352.66 in damages and $144,317.43 in attorneys' fees and costs; Plaintiffs are also awarded pre-judgment interest at 9% per year on the actual damages of $91,948.33 (calculated at $22.67 per day) from November 15, 2010 and the date of the judgment of 16,730.46, for a total

judgment of $358,400.55.

**Dated:** New York, New York
November 21, 2012

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____