UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, NY 10007-1213
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 21 2012
```

―――――――――――――――――――X
FARRAH KULE-RUBIN, ET AL.,

                      Plaintiffs,

- against -

BAHARI GROUP LIMITED, ET AL.,

                      Defendants.
―――――――――――――――――――X

**NOTICE OF APPEAL**

Docket No.: 11 CV 2424

Notice is hereby given that Defendants BAHARI GROUP LIMITED, REZA BAHARI, and FATTANEH BAHARI, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment granting Plaintiffs $197,352.66 in damages and $144,317.43 in attorney's fees and costs, and awarding Plaintiffs pre-judgment interest at 9% per year, entered in this action on the 21st day of November, 2012.

                                                  _____
                                                  Law Offices of David M. Watkins
                                                  285 Closter Dock Road
                                                  Closter, New Jersey 07624
                                                  Tel: (201) 768-0301
                                                  Fax: (201) 768-3125

*DATE: DECEMBER 20, 2012*               *Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, NY 10007-1213

---------------------------------------------X
FARRAH KULE-RUBIN, ET AL.,

                Plaintiffs,

- against -

BAHARI GROUP LIMITED, ET AL.,

                Defendants.
---------------------------------------------X

**AFFIRMATION OF SERVICE**

Docket No.: 11 CV 2424

I, Marc A. Greenberg, declare under penalty of perjury that I have served a copy of the attached Notice of Appeal upon David E. Gottlieb, Esq., of Thompson Wigdor, LLP, whose address is: 85 Fifth Avenue, New York, NY 10003, by Federal Express overnight mail.

_____
Law Offices of David M. Watkins
285 Closter Dock Road
Closter, New Jersey 07624
Tel: (201) 768-0301
Fax: (201) 768-3125
*Attorney for Defendants*

*DATE: DECEMBER 20, 2012*