UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

FARRAH KULE-RUBIN, LANA RYBAK, SHEILA YEN- :
PFISTER, JEANETTE PENALVER, REBECCA :
SCHLOSSBERG, TIEU PHAN CHAN, LAI WAN NG, :
SHAOLI HU ZHANG, CLAUDETTE JEAN-BAPTISTE, :
MOON CHAN and FUN YIM NG, :

:

                  Plaintiffs-Judgment Creditors, :

:

         - against - :

:

BAHARI GROUP LIMITED; REZA BAHARI, in his :
individual and official capacities; FATTANEH BAHARI, in :
her individual and official capacities; and "JOHN DOES 1 :
through 5," whose names are not currently known, in their :
individual and official capacities, :

:

                  Defendants-Judgment Debtors. :

------------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Feb 27, 2013

Civil Action No.:
11 CIV 2424 (TPG) (JLC)

**ORDER**

**WHEREAS**, Plaintiffs-Judgment Creditors have served Defendants-Judgment Debtors

Reza Bahari and Fattaneh Bahari with subpoenas to appear for debtor's depositions; and,

**WHEREAS**, Defendants-Judgment Debtors Reza Bahari and Fattaneh Bahari have not

appeared for their subpoenaed debtor's depositions; it is hereby,

**ORDERED**, that Defendants-Judgment Debtors Reza Bahari and Fattaneh Bahari appear

for debtor's depositions on March 6, 2013 at 10:00 a.m. at Thompson Wigdor LLP, 85 Fifth

Avenue, 5th Floor, New York, NY 10003. Defendants Reza Bahari and Fattaneh Bahari may be

sanctioned and/or held in contempt for failure to comply with this Order.

Dated: February 27, 2013
      New York, NY

                          **SO ORDERED:**

                          Thomas P. Griesa
                          U.S. District Court Judge